

1  Erik Estavillo
2  3284 Cortese Circle
   San Jose, CA. 95127
3  (408) 593-1226
   webbbnet@aol.com
4

5
                    UNITED STATES DISTRICT COURT
6
                    NORTHERN DISTRICT OF CALIFORNIA
7
                                                         VKD
8

9  ERIK ESTAVILLO,
10         Plaintiff,                  Case No. 
11     v.
12
   TWITTER INC., U.S. REP.
13 ALEXANDRIA OCASIO-CORTEZ, and
   U.S. REP. ILHAN OMAR,
14
15         Defendants.

16

17                            **COMPLAINT**

18    The Plaintiff immensely objects, condemns, and seeks restitution for the unsolicited and
19
   overbearing pain and suffering he has experienced after the Sitting President Donald J. Trump's
20
   Twitter Account was banned, as well as seeking justice for the 88.7 million other followers who
21
22 are now suffering adverse mental affects as they too were heavily invested in his account.

23 Furthermore, Twitter consistently promotes eastern communist philosophies through its platform

24 on a daily basis which is consistently being perpetrated by Alexandria Ocasio-Cortez, Ilhan
25
   Omar, and the Twitter platform through its enabling and endorsing of such socialist propaganda.
26
   This is unconstitutional when taken as a whole in regards to the limiting of certain free speech
27
28 while allowing other controversial free speech to go unchecked, given that Twitter is now acting

as Publisher and not Host of such content. Twitter is officially now operating as a "Virtual Company Town" where all voices are heard and political ideas exchanged. This should occur on its platform without fear of banishment from such a Publisher as Twitter, and now they should be held accountable to such a standard as previous U.S. Case Law demonstrates that they are now operating as a Virtual Company Town.

## INTRODUCTION

1. This is an action to ensure Twitter acts as Host and not take the role as Publisher of socialist/communist propaganda and to prevent them from targeting certain online personalities and silencing their freedom of speech occurring in a "Virtual Company Town". Rather than silencing a political argument as a whole from both sides of the political spectrum, Twitter instead commits egregious and aggressive censorship which is damaging to the plaintiff's political foundational beliefs, his psyche, and mental wellbeing.

2. Ironically, the Plaintiff is a registered Democrat and ran for congress the previous year but finds the behavior by these particular two Democrats Alexandria Ocasio-Cortez and Ilhan Omar especially egregious and finds that Twitter's complicity in such propaganda particularly disturbing as they are shaping young minds. Twitter has not once flagged their accounts for such communist propaganda but having instead chosen to permanently ban the sitting President Donald J. Trump's Twitter account this past week, which the plaintiff heavily relied on for a fair and balanced viewpoint on all political discussions of the day which occurs on Twitter and its reliably "unbiased" online platform. Twitter is essentially acting as a Publisher by censoring certain content instead of acting as a Host in accordance to such content.

3. While Twitter will inevitably rely on Section 230 as a political shield to further their socialist agenda, they should not be protected in this instance because they are acting as

Publisher and not Host of political discourse occurring on their platform; Twitter falls under the "Company Town" exception in regards to its limiting of certain free speech as ruled in the Supreme Court's decision in *Marsh v. Alabama*, 326 U.S. 501 (1946). In which the decision ruled that a state or private entity such as Twitter could be held liable, if, they prevent the distribution of such free speech that may be useful to the public. Twitter now operates as a "Virtual Company Town" where the Court noted that the rights of citizens under the Bill of Rights occupy a preferred position. Accordingly, the Court held that the property rights of a private entity (in this case virtually) are not sufficient to justify the restriction of a community of citizens' fundamental rights and liberties. This decision was also held up in *Lloyd Corp. v. Tanner*, 407 U.S. 551 (1972). Twitter is a Virtual Company Town, without a doubt, and must be held to the same standard and not interfere with political discourse, especially, that of a sitting President of the United States.

4. This position was more firmly affirmed in *Pruneyard Shopping Center v. Robins*, 447 U.S. 74 (1980) and is now the gold standard for freedom of speech which occurs on a private entity's property, or as in this case, a private virtual platform acting as a company town where much of the public gathers for vital political information.

## JURISDICTION AND VENUE

5. This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under the First Amendment to the U.S. Constitution, the Americans with Disabilities Act ("ADA"), and other Federal statutes.

6. This Court is authorized to award the requested declaratory, injunctive and punitive relief under the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202 and the ADA.

7. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) and (e)(1). A

substantial part of the events giving rise to this claim occurred in this District, and two of the Defendants are officers or agencies of the United States sued in his or her official capacity.

## PARTIES

8. Twitter is a Delaware corporation with its principal place of business at 1355 Market Street, San Francisco, CA 94103. Twitter operates a global platform for self-expression and communication, with the mission of giving everyone the power to create and share ideas and information instantly. Twitter's more than 300 million active monthly users use the platform to connect with others, express ideas, and discover new information. Hundreds of millions of short messages (known as "Tweets") are posted on Twitter every day. Twitter provides these services at no charge to its users.

9. Alexandria Ocasio-Cortez /oʊˌkɑːsioʊ kɔːrˈtɛz/ (Spanish: [oˈkasjo korˈtes]; born October 13, 1989), also known by her initials AOC, is an American politician serving as the U.S. representative for New York's 14th congressional district since 2019. The district includes the eastern part of the Bronx, portions of north-central Queens, and Rikers Island in New York City. She is a member of the Democratic Party.

10. Ilhan Abdullahi Omar (born October 4, 1982) is an American politician serving as the U.S. Representative for Minnesota's 5th congressional district since 2019. She is a member of the Democratic–Farmer–Labor Party. Before her election to Congress, Omar served in the Minnesota House of Representatives from 2017 to 2019, representing part of Minneapolis. Her congressional district includes all of Minneapolis and some of its suburbs.

## FACTUAL BACKGROUND

11. *Knight First Amendment Institute v. Trump*, No. 1:17-cv-05205 (S.D.N.Y.) was a lawsuit filed on July 11, 2017 where the plaintiffs, Philip N. Cohen, Eugene Gu, Holly Figueroa O'Reilly, Nicholas Pappas, Joseph M. Papp, Rebecca Buckwalter-Poza, and Brandon Neely, were a group of Twitter users blocked by U.S. President Donald Trump's personal

@realDonaldTrump account. They allege that this account constitutes a public forum, and that blocking access to it is a violation of their First Amendment rights. The lawsuit also names as defendants White House press secretary Sean Spicer and social media director Dan Scavino. The plaintiffs are represented by the Knight First Amendment Institute at Columbia University, which itself is a plaintiff in the case. Though the Knight Institute's Twitter account has not been blocked by Trump, the lawsuit argues that they and other followers of the @realDonaldTrump Twitter account "are now deprived of their right to read the speech of the dissenters who have been blocked". The complaint and subsequent ruling stated that posts to the @realDonaldTrump account are "official statements" and ruled that Twitter was President Donald J. Trump's primary form of communication with the American people. This precedent assures that Twitter in regards to the President's account, in most respects, should be viewed as a public forum and company town as was decided in this case.

12. As for the Plaintiff in this case, Mr. Estavillo, suffers from a myriad of health issues, including but not limited to, Clinical Depression, Obsessive-Compulsive Disorder, Panic Disorder, Agoraphobia, and Crohn's Disease. Due to these health issues he has no friends and rarely leaves the house except for Inflectra infusions for his Crohn's Disease and heavily relies on Twitter for political discourse, debates, arguments, and relies on the fairness of hearing all sides of a political story and needs to hear voices from the full political spectrum on Twitter to make informed decisions – especially before voting in an election as he did this past year. He also uses Twitch as a means of entertainment and political discourse which happens often on that platform as well.

13. Twitch is an American video live streaming service operated by Twitch Interactive, a subsidiary of Amazon.com, Inc. Introduced in June 2011 as a spin-off of the general-interest streaming platform Justin.tv, the site primarily focuses on video game live streaming, including broadcasts of esports competitions, in addition to music broadcasts, creative content, and more recently, "in real life" streams.

14. The popularity of Twitch eclipsed that of its general-interest counterpart. In October

2013, the website had 45 million unique viewers, and by February 2014, it was considered the fourth largest source of peak Internet traffic in the United States. By 2015, Twitch had more than 100 million viewers per month. As of 2017, Twitch remained the leading live streaming video service for video games in the US, and had an advantage over. As of February 2020, it had 3 million broadcasters monthly and 15 million daily active users, with 1.4 million average concurrent users. As of May 2018, Twitch had over 27,000 partner channels.

15. The Plaintiff was recently watching a Twitch stream, where Alexandria Ocasio-Cortez has a massive following of 835K followers. AOC and Ilhan Omar were streaming a video game known as "Among Us" but instead of AOC streaming with any "disenfranchised" or "poor unpopular people" that she constantly talks about on Twitter – she decided to instead stream the game with famous and popular rich Twitch streamers such as Pokimane who is a multimillionaire and HasanAbi who has previously said America "deserved 9/11". This is dangerous propaganda and occurs daily on Twitter and through AOC and Omar Twitch streams.

16. One of the streamers playing with AOC and Omar was HasanAbi. An American Twitter user, Twitch streamer, and political commentator. He has previously worked as a broadcast journalist and producer at *The Young Turks* and as a columnist at *HuffPost*. He currently streams on Twitch, where he covers news and discusses politics from a left-wing perspective, and plays a variety of video games. He also said, and I quote, "America deserved 9/11" along with other inflammatory rhetoric such as "Like we totally brought it upon ourselves dude, holy shit." This is the type of rhetoric AOC is proud to be a part of and stream to hundreds of thousands of kids watching her Twitch streams.

15. Ilhan Omar was also featured on these Twitch streams displaying a highly expensive computer system as can be seen in the pdf attached at the end of this complaint which most poor and disenfranchised people can't afford, even before this Covid 19 pandemic. AOC even has a white boyfriend and would never think of dating a Mexican such as the plaintiff, but she'll often cry out on Twitter for racial equality. They're hypocrites. This would be fine as long as the other side of the political spectrum could voice their opinions as AOC and Omar still can on Twitter,

Twitch, and elsewhere. But they can't. Trump is banned on all of these platforms as is a growing number of Republican viewpoints. This is precarious. And as the ACLU already pointed out and warned that the banning of the sitting President's Twitter account is dangerous, especially since it will result in "unchecked power" of Twitter and such people as AOC and Omar.

16. AOC has continued to effect the Plaintiff's political foundation beliefs, his psyche, and mental wellbeing as she promotes communism, socialism, and unjust censorship of the sitting President of the United States through such Twitter posts as the ones shown below:



**Alexandria Ocasio-Cortez**

This is policy head for [illegible], btw. They lobby both parties for austerity policies in DC (aka cutting public safety nets when ppl need it most).

I call it out bc it matters when people who seek to influence policy are flippant + misogynistic towards members of Congress.

**Marc Goldwein**
@MarcGoldwein

This describes an income tax

**Alexandria Ocasio-Cortez** @A... · 4h
If only there were some public fund billionaires could pay into along with everyone else that helps fund our infrastructure, hospitals, and public systems all at once....

Don't miss what's happening
People on Twitter are the first to know.


**Alexandria Ocasio-Cortez** @AOC · Jan 8
What are [Apple] and [Google] doing about this?

> **Sleeping Giants** @slpng_giants · Jan 8
> UPDATE: The calls for violence over on Parler are getting much, much worse.
>
> There are now open calls for the murder of police officers and planning for violence on January 20th
>
> This obviously severely violates the law, much less the @AppStore and @GooglePlay rules.
>
> #PullParler


**Alexandria Ocasio-Cortez** @AOC · Jan 8
Good to see this development from [Apple], [Google] what are you going to do about apps being used to organize violence on your platform?

**Apple Has Threatened To Ban Parler From The App Store**
The social networking app favored by conservatives has been given 24 hours to institute a moderation policy.
buzzfeednews.com

1  and from U.S. House Representative Ilhan Omar:



> **Ilhan Omar** @
> @IlhanMN
>
> Israel has hypnotized the world, may Allah awaken the people and help them see the evil doings of Israel. #Gaza
>
> **Ilhan Omar** @
> @IlhanMN
>
> It's all about the Benjamins baby 🎵
>
> Glenn Greenwald @ @ggreenwald
> GOP Leader Kevin McCarthy threatens punishment for @IlhanMN and @RashidaTlaib over their criticisms of Israel. It's stunning how much time US political leaders spend defending a foreign nation even if it means attacking free speech rights of Americans
> haaretz.com/world-news/kev...
> Show this thread

further evidence of AOC and Omar's communist agendas, wishing the purging of the Jewish people, and other anti-American values are listed in the pdf's articles attached and all of this would be fine as long as they both didn't seek to aggressively censor opposing views such as the President's account on Twitter through dramatic and intimidating fashion. Twitter is guilty for allowing such rhetoric to go unchecked while punishing opposing views and now needs to be addressed and redressed by the U.S. Court System in the best interest of the American followers of the President's Twitter Account. This is wrong and sets a dangerous first amendment dilemma
– and the ACLU agrees.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

a. That Twitter be labeled a "Virtual Company Town" and have to immediately reinstate the sitting President Donald J. Trump's Twitter Account. And to pay reparations in the form of punitive damages in the amount of $88.7 million dollars for each follower that was, without a doubt, emotionally and mentally damaged as a result of the President's ban. The Plaintiff can attest and is willingly to testify in court to the pain and suffering on how the banning of the President's Twitter account has affected his already damaged and fragile mental health and his ability to gather vital political information and disseminate it has he suffers from many mental disabilities with which the Americans with Disabilities Act should protect him from such egregious behavior occurring on the part of Twitter and its leftist socialist agenda and harsh censorship targeting practices of one particular group. As the company has no doubt mentally harmed all of the sitting President's followers.

b. Injunctive and immediate cancellation of Alexandria Ocasio-Cortez' Twitter Account as it has violated Twitter's Terms of Service and Community Guidelines by targeting a mass flagging/banning campaign of all political viewpoints she disagrees with, i.e. the President's Twitter Account and by forcing Google Play and the Apple Store to ban the conservative Parler App; which the President may have wanted to migrate to after his Twitter ban, but AOC made sure he had no where else to voice his first amendment rights to free speech.

c. Injunctive and immediate cancellation of Ilhan Omar's Twitter Account as it also has violated Twitter's Terms of Service and Community Guidelines by calling for and targeting a mass purging of the Jewish people and alleging violence against Israel. She also targeted the President's Twitter Account and pressured Google Play and the Apple Store to ban the conservative Parler App; which the President may have wanted to migrate to after his Twitter ban, but Omar also made sure he had no where else to voice his first amendment rights to free speech.

Dated: January 9th, 2021                                   Respectfully submitted,

/s/ Erik C. Estavillo