Blog

Back

## Company

# Permanent suspension of @realDonaldTrump

By Twitter Inc.
Friday, 8 January 2021

After close review of recent Tweets from the @realDonaldTrump account and the context around them — specifically how they are being received and interpreted on and off Twitter — we have permanently suspended the account due to the risk of further incitement of violence.

In the context of horrific events this week, we made it clear on Wednesday that additional violations of the Twitter Rules would potentially result in this very course of action. Our public interest framework (https://blog.twitter.com/en_us/topics/company /2019/worldleaders2019.html) exists to enable the public to hear from elected officials and world leaders directly. It is built on a principle that the people have a right to hold power to account in the open.

However, we made it clear going back years that these accounts are not above our rules entirely and cannot use Twitter to incite violence, among other things. We will continue to be transparent around our policies and their enforcement.

The below is a comprehensive analysis of our policy enforcement approach in this case.

**Overview**

https://blog.twitter.com/en_us/topics/company/2020/suspension.html

On January 8, 2021, President Donald J. Trump tweeted:

*"The 75,000,000 great American Patriots who voted for me, AMERICA FIRST, and MAKE AMERICA GREAT AGAIN, will have a GIANT VOICE long into the future. They will not be disrespected or treated unfairly in any way, shape or form!!!"*

Shortly thereafter, the President tweeted:

*"To all of those who have asked, I will not be going to the Inauguration on January 20th."*

Due to the ongoing tensions in the United States, and an uptick in the global conversation in regards to the people who violently stormed the Capitol on January 6, 2021, these two Tweets must be read in the context of broader events in the country and the ways in which the President's statements can be mobilized by different audiences, including to incite violence, as well as in the context of the pattern of behavior from this account in recent weeks. After assessing the language in these Tweets against our Glorification of Violence (https://help.twitter.com /en/rules-and-policies/glorification-of-violence) policy, we have determined that these Tweets are in violation of the Glorification of Violence Policy and the user @realDonaldTrump should be immediately permanently suspended from the service.

**Assessment**

We assessed the two Tweets referenced above under our Glorification of Violence policy (https://help.twitter.com/en/rules-and-policies/glorification-of-violence), which aims to prevent the glorification of violence that could inspire others to replicate violent acts and determined that they were highly likely to encourage and inspire people to replicate the criminal acts that took place at the U.S. Capitol on January 6, 2021.

This determination is based on a number of factors, including:

https://blog.twitter.com/en_us/topics/company/2020/suspension.html

- President Trump's statement that he will not be attending the Inauguration is being received by a number of his supporters as further confirmation that the election was not legitimate and is seen as him disavowing his previous claim made via two Tweets (1 (https://twitter.com/DanScavino/status/1347103015493361664), 2 (https://twitter.com/DanScavino/status/1347103016311259136)) by his Deputy Chief of Staff, Dan Scavino, that there would be an "orderly transition" on January 20th.
- The second Tweet may also serve as encouragement to those potentially considering violent acts that the Inauguration would be a "safe" target, as he will not be attending.
- The use of the words "American Patriots" to describe some of his supporters is also being interpreted as support for those committing violent acts at the US Capitol.
- The mention of his supporters having a "GIANT VOICE long into the future" and that "They will not be disrespected or treated unfairly in any way, shape or form!!!" is being interpreted as further indication that President Trump does not plan to facilitate an "orderly transition" and instead that he plans to continue to support, empower, and shield those who believe he won the election.
- Plans for future armed protests have already begun proliferating on and off-Twitter, including a proposed secondary attack on the US Capitol and state capitol buildings on January 17, 2021.

As such, our determination is that the two Tweets above are likely to inspire others to replicate the violent acts that took place on January 6, 2021, and that there are multiple indicators that they are being received and understood as encouragement to do so.



(https://www.twitter.com/Twitter)
Twitter Inc.

ACLU Counsel Warns of 'Unchecked Power' of Twitter, Facebook After ...        https://www.newsweek.com/aclu-counsel-warns-unchecked-power-twitte...

SUBSCRIBE ›

Search

U.S.

World

Business

Tech & Science

Culture

Newsgeek

Sports

Health

The Debate

Vantage

Weather

NEWS

# ACLU Counsel Warns of 'Unchecked Power' of Twitter, Facebook After Trump Suspension

BY NATALIE COLAROSSI ON 1/9/21 AT 1:21 PM EST

SUBSCRIBE NOW ›

**You have 6 free articles remaining this month**

Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

Email address

FREE SIGN UP ›

1/9/2021, 8:02 PM

SUBSCRIBE >

NEWS      DONALD TRUMP      ACLU      TWITTER      FACEBOOK

A legislative counsel member of the American Civil Liberties Union (ACLU) warned Friday that the suspension of President Donald Trump's social media accounts wielded "unchecked power," by Twitter and Facebook.

Kate Ruane, a senior legislative counsel at the ACLU said in a statement that the decision to suspend Trump from social media could set a precedent for big tech companies to silence less privileged voices.

SUBSCRIBE NOW >

You have 6 free articles remaining this month

Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

FREE SIGN UP >

SUBSCRIBE ›



Replying to @W7VOA

Reaction from the current chairman of @senjudiciary:
twitter.com/LindseyGrahamS... #TwitterBansTrump

**Lindsey Graham** ✔ @LindseyGrahamSC
Twitter may ban me for this but I willingly accept that fate:
Your decision to permanently ban President Trump is a
serious mistake.

The Ayatollah can tweet, but Trump can't. Says a lot about
the people who run Twitter.

**Steve Herman** ✔
@W7VOA

Reaction from @ACLU Senior Legislative Counsel Kate
Ruane on the permanent suspension by #Twitter of
@realDonaldTrump.

6:30 PM · Jan 8, 2021                              ⓘ

♡ 62      ♡ 46 people are Tweeting about this

"For months, President Trump has been using social media platforms to seed
doubt about the results of the election and to undermine the will of voters. We
understand the desire to permanently suspend him now, but it should concern
everyone when companies like Facebook and Twitter wield the unchecked
power to remove people from platforms that have become indispensable for the
speech of billions — especially when political realities make those decisions
easier," the statement read.

SUBSCRIBE NOW ›

**You have 6 free articles remaining this month**
Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

FREE SIGN UP ›

SUBSCRIBE >

hope that these companies will apply their rules transparently to everyone.



The ACLU warned Friday that permanently banning Trump from social media wields "unchecked power" by big tech companies. Here, the suspended Twitter account of U.S. President Donald Trump appears on an iPhone screen on January 08, 2021 in San Anselmo, California.
GETTY

The ACLU isn't the only voice in the legal community citing concern over the move to suspend Trump.

"I want a wide range of ideas, even those I loathe, to be heard, and I think

SUBSCRIBE NOW >

You have 6 free articles remaining this month
Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

FREE SIGN UP >

ACLU Counsel Warns of 'Unchecked Power' of Twitter, Facebook After ...     https://www.newsweek.com/aclu-counsel-warns-unchecked-power-twitte...

SUBSCRIBE ›

363K

## Do you do ill-advised things when you are caught up in the moment?

◯ Yes
◯ No
◯ I don't know

Powered by

On Friday, Twitter announced that Trump would be permanently suspended from its platform "due to the risk of further incitement of violence."

The social media site placed a temporary ban on Trump's account Wednesday after a mob of his supporters stormed the U.S. Capitol, leaving five people dead—including a police officer—and many more injured.

After he regained access to his account, Trump wrote a tweet in which he called his supporters "American patriots," who will have "a GIANT VOICE long into the future." In a separate message, he said that he would not be attending President-elect Joe Biden's inauguration.

In response, Twitter said: "After close review of recent Tweets from the @realDonaldTrump account and the context around them — specifically how they are being received and interpreted on and off Twitter — we have permanently suspended the account due to the risk of further incitement of

SUBSCRIBE NOW ›

You have 6 free articles remaining this month
Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

FREE SIGN UP ›

1/9/2021, 8:02 PM

ACLU Counsel Warns of 'Unchecked Power' of Twitter, Facebook After ...    https://www.newsweek.com/aclu-counsel-warns-unchecked-power-twitte...

SUBSCRIBE >

during this period are simply too great," Facebook CEO Mark Zuckerberg said in a statement on Thursday.

"Therefore, we are extending the block we have placed on his Facebook and Instagram accounts indefinitely and for at least the next two weeks until the peaceful transition of power is complete."

On Friday, Trump condemned the tech companies for silencing him and said he will "look at the possibilities of building out our own platform in the near future."

*Newsweek* reached out the ACLU for additional comment, but did not hear back in time for publication.

**READ MORE**

- Trump May Have Encouraged 'Violent Acts' at Biden's Inauguration: Twitter
- These Are the Social Media Accounts Banned Since the Capitol Riot
- What President Trump Has Said About His Twitter Account Ban
- Donald Trump Subverts Twitter Ban via @POTUS Account and Gets Deleted Again

REQUEST REPRINT & LICENSING, SUBMIT CORRECTION OR VIEW EDITORIAL GUIDELINES

## Popular in the Community

SUBSCRIBE NOW >

**You have 6 free articles remaining this month**

Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

FREE SIGN UP >

1/9/2021, 8:02 PM

ACLU Counsel Warns of 'Unchecked Power' of Twitter, Facebook After ...     https://www.newsweek.com/aclu-counsel-warns-unchecked-power-twitte...

# Conversation 47 Comments

Start a discussion, not a fire. Post with kindness. Read our guidelines here.

**Your Username**

🔔  Log In

Your Username

What do you think?

Sort by **Best** ⌄

**Guess what?**

5 hours ago

SUBSCRIBE NOW ›

**You have 6 free articles remaining this month**

Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

FREE SIGN UP >

1/9/2021, 8:02 PM

SUBSCRIBE >

Snow 3 more replies ∨

**leaventhall**

3 hours ago

I think it is fair to call anything new into question and continuously monitor it as it develops. And how we disseminate information and misinformation in this age is going to become a fundamental element of our future society. Just now we don't have a proper right and wrong for anonymous information flow. They're aren't enough mothers to hover over us online and scold us when say something we shouldn't say in public. But we will find a way. As long as Twitter can defend their actions based on established standards I don't think the ACLU will get that far. Twitter is a private company. Even if they were a newspaper they would have editorial control. Ask Facebook about Tik Tok. There will always be the next platform and if you don't like twitter, you might be the one who makes it.

Reply  👍 5  👎

Show 1 more replies ∨

**Tim Berton**

1 hour ago

Trump should have been banned years ago for violating the Twitter terms of service. A lot of Trump's Twitter speech is not protected speech, including defamation, incitement to commit illegal acts and false advertising.

President Trump can pick up the phone and get a national TV audience on Fox News at any time of the day or call a press conference any time he wants. His free speech isn't impacted.

Reply  👍 5  👎

Show 1 more replies ∨

**OliveBowtie**

3 hours ago

This is tough.   I live in a household where I am outnumbered 3 to 1 politically, (being the one that did not back Trump full-throatedly and without reservation).   I don't use FB or TW, so I am Bull-hockey deficient, but I did look in on a new (and notorious) site called Parler.   Not for decent people, to be sure.

SUBSCRIBE NOW >

**You have 6 free articles remaining this month**

Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

FREE SIGN UP >

SUBSCRIBE >

Nope, this is the biggest non-issue. Twitter is a private social media platform, and can ban whoever they want, according to their terms of service. No 1st Amendment applies. The President can appeal the ban, sure. Good luck with that. Also, there's no Constitutional right to access to social media.
P.S. If the President wants to communicate with the People, he has the briefing room not too far from the Oval Office.

Reply  👍 5  👎 4

Show 2 more replies ⌄

**CPW**
2 hours ago

These are businesses - private companies, if you will. They are not obligated to keep any accounts that violate THEIR terms of use. Twitter and FB perfectly correct in blocking trump, in order to save our country and in fact, the world.

Reply  👍 4  👎 2

**BrunoBender**
1 hour ago

This is their effort to maintain Section 230... They know Biden is interested in doing away with their protection... It just might work... I never did understand Trump's efforts to do away with Section 230... If any of these social media entities didn't have protection, Trump would've been off Twitter a long time ago....

Reply  👍 2  👎

Show 1 more replies ⌄

**Edokan**

Free speech in your house and community is not affected by your Twitter status, therefore first
THE DEBATE amendment rights aren't affected by Twitter's decisions.

Reply  👍 1  👎

**Democrats and Liberals Must Get Back To Economic Basics**

SUBSCRIBE NOW ›

**You have 6 free articles remaining this month**
Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

FREE SIGN UP ›

1/9/2021, 8:02 PM

SUBSCRIBE ›

**Luckysf**

should be the end is the right decision. If someone is simply using this massive bullhorn to destroy our country he/she should be stopped. Trump Jr said why did Twitter allowed Iran leaders to stay on. Well no one in US is following Iran's leader to harm our country. Mere threats and conjecture doesn't amount to ban. However Mr Trump led his troops to war against our elected officials. He could repeat his action as he is becoming increasingly unhinged and his supporters are in the same boat. No one wants to see more blood shed.

Reply 🖒 2 🖓 1



### Is This Week's Insurrection in D.C. an Opportunity for American Renewal?
BY RABBI DR. ARI LAMM



### We Need to Reform America's Elder-Care System
BY SEEMA VERMA



### If Trump Cares About the Movement He Helped Build, He Should Now Go Away
BY JOSH HAMMER

### The Outrageous Lie of a Stolen Trump Landslide
BY MICHAEL MEDVED

by OpenWeb                                      Terms | Privacy | Feedback



### After Trump Mob, Revisionist History will Only Drive us Apart
BY JASON RANTZ



### Bending the Line of Progress
BY DUNCAN HOSIE

### Why is the Taliban Murdering Journalists—Even as it's Trying to Rebrand?
BY TANYA GOUDSOUZIAN

## START YOUR DAY WITH OUR TOP 5 ARTICLES

Email address

**FREE SIGN UP ›**

**SUBSCRIBE NOW ›**

### You have 6 free articles remaining this month
Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

**FREE SIGN UP ›**

SUBSCRIBE ›

Comments posted on Newsweek
this week



## CHOOSE YOUR SUBSCRIPTION

## PREMIUM

Newsweek magazine delivered to your door
Unlimited access to Newsweek.com
Ad free Newsweek.com experience
iOS and Android app access
Personalized daily newsletter



SUBSCRIBE NOW ›

**You have 6 free articles remaining this month**
Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

FREE SIGN UP ›

ACLU Counsel Warns of 'Unchecked Power' of Twitter, Facebook After ...       https://www.newsweek.com/aclu-counsel-warns-unchecked-power-twitte...

SUBSCRIBE ›

iOS and Android app access
Personalized daily newsletter

GET YOUR FREE TRIAL

## NEWSLETTER

## THE STARTING 5

See why nearly a quarter of a million subscribers begin their day with the Starting 5.

Email address                                    FREE SIGN UP ›

# Newsweek

© 2021 NEWSWEEK DIGITAL LLC



**Editions:**  U.S. Edition    日本    Pakistan    Polska    Romãnia

About Us    Corrections    Contact Us    Editorial Guidelines    Advertise    Copyright    Terms & Conditions

SUBSCRIBE NOW ›

**You have 6 free articles remaining this month**

Sign-up to our daily newsletter for more articles like this + access to 5 extra articles

FREE SIGN UP ›

**Silicon Valley & Technology**

# Twitter Bans Trump, Removes Tweet by Iran's Khamenei on Same Day, Sparking 'Double Standards' Backlash

By Michael Lipin
January 09, 2021 01:45 AM



WASHINGTON - U.S. tech giant Twitter took sharply different actions against the leaders of the U.S. and Iran on Friday, permanently banning President Donald Trump's personal account while removing one tweet from Ayatollah Ali Khamenei's apparent English account and suspending new posts on it.

The greater severity of Twitter's action against the @realdonaldtrump account, compared with the social media company's treatment of Khamenei, prompted both critics and supporters of the U.S. president to post dozens of Twitter messages accusing the platform of double standards.

Many of Twitter's critics said the @Khamenei_IR account, which is not Twitter-verified but regularly shares his statements, has a history of posting comments against Israel, his regional enemy, that they view as more severe incitement to violence than recent Trump tweets deemed by the platform to violate its glorification of violence policy.

The chairman of the U.S. Federal Communications Commission, Ajit Pal, tweeted screenshots of some of Khamenei's most strongly worded anti-Israel posts in May, saying he believed they raise a "serious" question about potential glorification of violence.



**Ajit Pai** ✔
@AjitPaiFCC

Serious question for @Twitter: Do these tweets from Supreme Leader of Iran @khamenei_ir violate "Twitter Rules about glorifying violence"?

6:59 AM · May 29, 2020                        ⓘ

♡ 31.9K      💬 17.6K people are Tweeting about this

In a Friday message to VOA Persian, Jason Brodsky, policy director of U.S. advocacy group United Against Nuclear Iran, said: "Twitter accounts of Khamenei, other autocrats and their representatives include deeply hateful and dangerous content that incites violence against groups. We've seen Khamenei's call for the elimination of Israel, which is incitement. So if Twitter has a policy against incitement of violence, it needs to be applied uniformly."

A Twitter spokesperson responded to the accusations of double standards in enforcing incitement prohibitions by telling VOA Persian that the platform has

taken enforcement action against world leaders prior to Friday.

The spokesperson said Twitter focused its Friday actions on what he called the "harm presented by [Trump's personal] account specifically," and shared a link to Twitter's statement explaining why it believes Trump's last tweets have the potential to incite further violence following Wednesday's storming of the U.S. Capitol complex by some of his supporters.

Asked what Twitter is doing to demonstrate that it is treating world leaders consistently, the spokesperson said the company's policy of displaying a "government account" label for users affiliated with the five permanent member states of the U.N. Security Council will soon be expanded to include similar labeling for the officials of other nations. No further details were provided.

Twitter's action against the Khamenei account came hours before its banning of Trump.

The Khamenei account had posted a Friday tweet in which the Iranian supreme leader called coronavirus vaccines produced by the U.S., Britain and France "completely untrustworthy" and accused the Western powers of trying to "contaminate" other nations by offering to send them the vaccines.



**Masih Alinejad** 
@AlinejadMasih

I call on @Jack to suspend @khamenei_ir account for spreading dangerous lies about COVID-19. He has banned Iranians from @Twitter but spreads lies on the same platform about vaccines. His posts MUST have a warning label, at least. Please retweet this.

6:54 AM · Jan 8, 2021

♡ 1.6K   ⚡ See the latest COVID-19 information on Twitter

ⓘ

The Khamenei tweet prompted Iranian activists such as VOA Persian TV show host Masih Alinejad to urge Twitter to suspend his account for spreading misinformation about the vaccines. Twitter removed the tweet from public view after several hours.

Twitter's spokesperson told VOA the offending tweet violated the platform's misleading information policy and the @Khamenei_IR owner would have to delete the post before regaining access to the account.

It was the first time since February 2019 that Twitter had acted against the Iranian supreme leader's main English account.

That month, the @Khamenei_IR account posted a tweet endorsing a 1989 fatwa by his predecessor Ayatollah Ruhollah Khomeini, who had condemned British author Salman Rushdie to death for writing a book that the ruling cleric deemed insulting to Islam, The Satanic Verses.

**Shayan Sardarizadeh**
@Shayan86

Just a reminder that not only did Twitter remove this tweet by Iran's supreme leader Ayatollah Khamenei for "threat of violence or physical harm" against Salman Rushdie last year, they also locked him out of his account for 24 hours until his account deleted the tweet.

8:01 AM · Oct 28, 2020

♡ 45     💬 17 people are Tweeting about this

1/9/2021, 6:35

Twitter said the tweet about Rushdie constituted a threat of violence, removed it from public view and locked the @Khamenei_IR account for a day until the account owner deleted the post.

In a Friday tweet, BBC Middle East correspondent Nafiseh Kohnavard said Twitter's decisions to keep the Khamenei account visible and ban Trump have confounded many Iranians.



**Nafiseh Kohnavard** ✓
@nafisehkBBC

Many Iranians users are asking Twitter how it closed down Mr. Trump's account but Iran supreme leader Mr. Khamenei's account is still active especially when Twitter is banned inside Iran and it's needed VPN.

5:13 PM · Jan 8, 2021

♡ 210          💬 55 people are Tweeting about this

She said Twitter's moves were especially perplexing to Iranians who resent Khamenei for blocking Twitter inside Iran and forcing them to access it via virtual private networks.

The Trump administration has denounced Iran's bans on Western social media platforms as suppression of legitimate forms of communication. Speaking in 2018, a State Department spokeswoman said: "When a nation clamps down on social media, we ask the question, 'What are you afraid of?'"

This article originated in VOA's Persian Service.

Twitter Bans Trump, Removes Tweet by Iran's Khamenei on Same Day,...          https://www.voanews.com/silicon-valley-technology/twitter-bans-trump-...



**By**
# Michael Lipin

A multimedia journalist with 20 years of experience as a writer, reporter, copy editor and producer/host of TV & radio shows, Michael Lipin covers foreign policy and international affairs for VOA broadcast and digital platforms. Based in Washington, he is on regular assignments in Israel, where he interviews current and former senior political and military figures about Israel-Iran tensions, and where he covered Israel's April 2019 Knesset election and the visits of U.S. President Donald Trump and Vice President Mike Pence to Jerusalem, Israel's U.S.-recognized capital, in 2017 and 2018. From October 2015 to September 2016, Lipin was the co-host for VOA English weekly live TV program "Hashtag VOA," featuring panel discussions on domestic and international issues trending on social media. Prior to VOA, he worked for TV and radio networks in Hong Kong, including CNN International. Lipin holds a master's degree in politics, philosophy and economics from Oxford University. Follow him on Twitter and Facebook.

  𝕗

Twitter hides Iran Iyatollah's tweet on vaccine conspiracy after permanent...   https://www.dailymail.co.uk/news/article-9129751/Twitter-hides-Iran-Iya...

# Mail Online

**Like 16.6M**

Home | News | U.S. | Sport | TV&Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | DailyMailTV | Discounts

Login

Latest Headlines   Covid-19   Royal Family   Crime   Boris Johnson   Prince Harry   Meghan Markle   World News   Headlines   Most read

# Why is Iran's Avatollah allowed to KEEP

○ Site ○ Web | Enter your search

ADVERTISEMENT

- Iran's Supreme Leader Ayatollah Ali Khamenei, who has the
  matters, still has access to the account and has since tweete
- 'It's not unlikely they would want to contaminate other natio
  reference to the vaccines in the U.S. and the U.K.
- The tweet also said the vaccines from France 'aren't trustwo
- Khamenei on Friday announced a ban on importing vaccine
  States and Britain
- Twitter announced Friday evening that it was officially banning Trump from the
  platform after he incited a mob of supporters to descend on the Capitol
- The ban was met with calls from Iranian activists and Trump supporters to have
  Khamenei's account also removed
- Twitter was under fire last year after they claimed tweets made by Khamenei last
  year about genocide in Israel were political speech
- Rasies questions as to why certain leaders such as Venezuelan president Nicolás
  Maduro and Saudi Arabia's King Salman bin Abdulaziz Al Saud are still active

By MATTHEW WRIGHT FOR DAILYMAIL.COM
PUBLISHED: 15:27 EST, 9 January 2021 | UPDATED: 20:52 EST, 9 January 2021

**792**
shares

**28**
View comments

ADVERTISEMENT

Like
Daily Mail

Follow
@DailyMail

Follow
@dailymailuk

+99
NEW
ARTICLES

Top

Share

**Twitter** has removed a COVID-19 conspiracy theory posted by Iran's Supreme Leader

1/9/2021, 6:40

Twitter hides Iran Iyatollah's tweet on vaccine conspiracy after permanent...    https://www.dailymail.co.uk/news/article-9129751/Twitter-hides-Iran-Iya...

Ayatollah Ali Khamenei calling the vaccines imported from the U.S. or U.K 'completely untrustworthy.'

Khamenei, who has the final say on all state matters, still has access to the account and has since tweeted - to the ire of Twitter critics demanding he be suspended since the platform banned U.S. President **Donald Trump** from their services.

'It's not unlikely they would want to contaminate other nations,' the tweet said in reference to the two countries, **CBS News** reports. It also said the vaccines from **France** 'aren't trustworthy.'

It raises questions as to why certain leaders such as Venezuelan president Nicolás Maduro and Saudi Arabia's King Salman bin Abdulaziz Al Saud all still have access to their accounts.

Khamenei in the past as even called for genocide in Israel through the 'elimination of Zionists', but is allowed to remain on the platform.

OJ Simpson, white nationalist Richard Spencer, and known anti-Semite Louis Farrahkan are also still allowed to freely tweet.



© AY-COLLECTION/SIPA/REX

**Iran's Supreme Leader Ayatollah Ali Khamenei, who has the final say on all state matters, still has access to the account and has since tweeted**

A tweet on Khamenei's Farsi-language account is still up and expresses similar sentiments.

Khamenei on Friday announced a ban on importing vaccines from the United States and Britain.

The Red Crescent in Iran said it will not import the massive stash of the Pfizer vaccine that benefactors from America had planned to donate to the country.

Iran's leader has given the green light on imports of the vaccine from 'safe places abroad.

**DON'T MISS**


▶ Scarlett Moffatt's mother Betty 'took tens of thousands of pounds from her daughter's account to fund her out of control gambling habit'


▶ Vogue Williams defends decision to fly to St Barts with her family as she assures fans she 'HASN'T broken any rules' to go on trip which had been 'booked since last year'


▶ TALK OF THE TOWN: Harry Styles launches Wagatha Christie-style operation to trap love secrets spy


▶ The Masked Singer: Martine McCutcheon revealed to be Swan after Jonathan Ross correctly guessed her identity... with star sharing surprising story about Donald Trump


▶ Christine Lampard is PREGNANT! Presenter, 41, announces she's expecting her second child with husband Frank, 41,... two years after the birth of their daughter Patricia


▶ Ready for a new year reset? How THIS weight loss programme could help you shed the pounds for a healthy 2021 (PLUS, meet the women who have already reached their goals!)
AD FEATURE


▶ Is Katie Price making ANOTHER mansion mucky? Model's rental property is seen strewn with rubbish from an overflowing skip while her famed filthy abode stays in disrepair


▶ Jason Sudeikis and Olivia Wilde 'were very much together in the fall' it's claimed... amid reports actress filming with Harry Styles triggered the split


▶ Chloe Madeley says she has 'no shame' after her mother Judy's dress slipped down while on stage at the NTAs

+99
NEW ARTICLES     Top

Share

▶ The Masked Singer UK: Jonathan Ross is convinced that Sausage is Sheridan Smith after

Twitter hides Iran Iyatollah's tweet on vaccine conspiracy after permanent...   https://www.dailymail.co.uk/news/article-9129751/Twitter-hides-Iran-Iya...



he 'CRACKS' cryptic 'Legally Blonde clue'

▶ Laura Whitmore reveals Chris Ramsey and his wife Rosie helped 'save her relationship' with husband Iain Stirling



ADVERTISEMENT

Twitter announced Friday evening that it was officially banning Trump from the platform after he incited a mob of supporters to descend on the Capitol

**Trump continues fraud claims as he tells supporters to go home**



Watch the full video

▶   0:00 / 1:09

▶ 'It was heartbreaking but intimate': Dame Barbara Windsor's husband Scott Mitchell says his late wife's funeral was a 'lovely send-off'

▶ DOI's Vanessa Bauer 'doubts' she's responsible for break-ups of previous dance partners... after parter Joe-Warren Plant split from ex-girlfriend





Twitter announced Friday evening that it was officially banning Trump from the platform after he incited a mob of supporters to descend on the Capitol and wreak havoc.

'After close review of recent Tweets from the @realDonaldTrump account and the context around them we have permanently suspended the account due to the risk of further incitement of violence,' Twitter said Friday.

'In the context of horrific events this week, we made it clear on Wednesday that additional violations of the Twitter Rules would potentially result in this very course of action.

'Our public interest framework exists to enable the public to hear from elected officials and world leaders directly. It is built on a principle that the people have a right to hold power to account in the open.

'However, we made it clear going back years that these accounts are not above our rules and cannot use Twitter to incite violence. We will continue to be transparent around our policies and their enforcement.'

▶ Mollie King flashes her huge diamond ring as she arrives for work at Radio One... after announcing she is engaged to fiancé Stuart Broad

▶ Mrs Brown's Boys REMOVED from TV schedules in place of Michael McIntyre's The Wheel... as Arsenal vs Newcastle match goes into extra time



+99
NEW ARTICLES    Top

Share

Twitter hides Iran lyatollah's tweet on vaccine conspiracy after permanent...   https://www.dailymail.co.uk/news/article-9129751/Twitter-hides-Iran-Iya...

The ban was met with calls from Iranian activists and Trump supporters to have Khamenei's account also removed.

U.S. Sen. Marco Rubio warned censoring Twitter could have dire consequences.

'Even those who oppose Trump should see the danger of having a small & unelected group with the power to silence & erase anyone. And their actions will only stoke new grievances that will end up fueling the very thing they claim to be trying to prevent,' the Republican tweeted on Saturday.

Sen. Rick Scott added that the social network allows dictators of the wold to tweet -so the president should not be offered less tham them.

'Twitter has now permanently banned President Trump's account. Meanwhile they allow the Chinese to openly brag about genocide and the Ayatollah to talk about wiping Israel off the face of the

---- How can they defend this? Their attacks on conservatives are shameful,' Scott ted.

uro commits genocide, but is allowed to use Twitter to spread propaganda with percussion. Shameful.'

iey Graham added that he thought the ban was 'a mistake' and called for Congress to repeal Section 230.

'Ayatollah can tweet, but Trump can't. Says a lot about the people who run Twitter,' he wrote.

'Now it's time for @Twitter to remove the man who has banned 83 million Iranians from Twitter, bans US & European coronavirus vaccines and ordered the crackdown that killed 1,500 protesters,' declared Iranian journalist and activist Masih Alinejad. 'Remove @Khamenei_fa now.'



AY-COLLECTION/SIPA/REX   +7

**Khamenei on Friday announced a ban on importing vaccines from the United States and Britain**


▶ David and Victoria Beckham's candid snaps evoke images of a cosy Cotswold Christmas - but were actually over 4,000 miles away in Florida


▶ 'I can't wait for my wife to turn into Carol': Danny Dyer says he thinks he's 'more in love' with his mother-in-law than his WIFE Joanne Mas


▶ 'Thanks for being a legend': Peter Andre gushes over his doctor wife Emily as he praises her for being 'great' amid his coronavirus battle


▶ Love Island's Amber Gill 'set to release a collection of steamy stories with Mills & Boon and already has loads of ideas from her dating past'


▶ Meg Ryan flashes a ring on her engagement finger as she cuts a casual chic look in black for lunch in Santa Monica


▶ Selma Blair cuddles up to her on/off filmmaker boyfriend Ron Carlson while the pair await their coffee order in Los Angeles

ADVERTISEMENT

**SHARE THIS ARTICLE**

**RELATED ARTICLES**


'Ladies and gentleman, we got him!': Democrat Squad member...


QAnon 'Shaman' in horn costume and stay-at-home dad, 36,...

+99

NEW ARTICLES   Top

Share

1/9/2021, 6:40 PM

Twitter hides Iran Iyatollah's tweet on vaccine conspiracy after permanent...   https://www.dailymail.co.uk/news/article-9129751/Twitter-hides-Iran-Iya...



**Lindsey Graham** ✅
@LindseyGrahamSC

Twitter may ban me for this but I willingly accept that fate: Your decision to permanently ban President Trump is a serious mistake.

The Ayatollah can tweet, but Trump can't. Says a lot about the people who run Twitter.

8:15 PM · Jan 8, 2021 · Twitter for iPhone                    +7



**Lindsey Graham** ✅
@LindseyGrahamSC

Replying to @LindseyGrahamSC

It is now time for Congress to repeal Section 230 and put Big Tech on the same legal footing as every other company in America. Legal accountability.

8:15 PM · Jan 8, 2021 · Twitter for iPhone



**Lindsey Graham** ✅
@LindseyGrahamSC

lying to @LindseyGrahamSC

ADVERTISEMENT

big Tech are the only companies in America that virtually have absolute immunity from being sued for their actions, and it's only because Congress gave them that protection.

8:15 PM · Jan 8, 2021 · Twitter for iPhone



**Lindsey Graham** ✅
@LindseyGrahamSC

Replying to @LindseyGrahamSC

I'm more determined than ever to strip Section 230 protections from Big Tech (Twitter) that let them be immune from lawsuits.

8:15 PM · Jan 8, 2021 · Twitter for iPhone



▸ Heavily pregnant Charlotte Dawson admits she's 'really struggling' as her due date nears... after flaunting her 'huge' naked bump in a grey tracksuit



▸ Harry Redknapp reveals desire to be cast in EastEnders as Mick Carter's sidekick... and admits he has even written his own SCRIPT



▸ Alessandra Ambrosio continues her idyllic Brazilian getaway in an enticing yellow-orange bikini as she frolics in the surf at a Florianopolis beach



▸ Heidi Klum's daughter Leni, 16, gets real about her struggles with acne as she reveals her 'bad skin' on Instagram: 'This too shall pass'



▸ Ben Affleck rocks a casual hoodie and T-shirt as he catches up with his daughter Seraphina on morning stroll

+99
NEW
ARTICLES        Top

Share

▸ TALK OF THE TOWN: Pixie Geldof's shock at finding Bros tickets in

Twitter hides Iran Iyatollah's tweet on vaccine conspiracy after permanent...   https://www.dailymail.co.uk/news/article-9129751/Twitter-hides-Iran-Iya...



**Masih Alinejad |** ☑
@AlinejadMasih

Now it's time for @Twitter to remove the man who has
banned 83 million Iranians from Twitter, bans US &
European coronavirus vaccines and ordered the
crackdown that killed 1,500 protesters. Remove
@Khamenei_fa now



**Khamenei.ir**
@khamenei_ir

News, messages, and statem
Imam Sayyid Ali Khamenei, Ira
Leader--- ES: @es_Khamene
@Khameneiru I FA: @Khamen
@ar_Khamenei

**J. Trump** ☑
Trump
88.7M Followers

**ccount suspended**

uspends accounts that violate the
Twitter Rules.

:50 PM · Jan 8, 2021 · Twitter for iPhone          +7

it's time for @Twitter to remove the man who has banned 83 million Iranians from Twitter,
US & European coronavirus vaccines and ordered the crackdown that killed 1,500
sters,' declared Iranian journalist and activist Masih Alinejad. 'Remove @Khamenei_fa



**Masih Alinejad |** ☑
@AlinejadMasih

Replying to @AlinejadMasih

2-Today, @khamenei_ir posted misinformation about
coronavirus vaccine and his tweet was swiftly removed
after me and many activists flagged it. Alas,
@khamenei_ir continues spreading the same anti-
vaccine propaganda in his Persian account:
@Khamenei_fa

8:06 PM · Jan 8, 2021 · Twitter Web App          +7

her late mother Paula
Yates's pockets





▸ 'He's only up the street
but I have to get tested':
Liam Payne details the
'complications' of co-
parenting son Bear, 3,
with ex Cheryl in a
pandemic in rare insight
into their arrangement



▸ 'He sees his future
there': Kanye West 'is
considering moving to
London after his
imminent divorce from
Kim Kardashian has
been finalised'



▸ 'Everything scares me,
my anxiety is through
the roof': Eva Longoria
has spoken about her
intense desire to 'do
something' worthwhile



▸ Madonna 'is thinking
about casting Florence
Pugh to play her' in
hotly-anticipated biopic
as she continues her
search for the 'perfect'
lead star

ADVERTISEMENT

+99

NEW            Top
ARTICLES

Share

▸ Melanie Griffith covers
up in all black as she
catches some fresh air
with a walk through
Beverly Hills



Twitter hides Iran Iyatollah's tweet on vaccine conspiracy after permanent...   https://www.dailymail.co.uk/news/article-9129751/Twitter-hides-Iran-Iya...



**Masih Alinejad** |
@AlinejadMasih

Replying to @AlinejadMasih

3-You've suspended the account of @realDonaldTrump, but you've not suspended the account of @khamenei_ir , who used the @Twitter platform to issue death threats. He's imprisoned various twitter activists while banning Iranians from freely accessing Twitter. Why?

8:54 PM · Jan 8, 2021 · Twitter Web App        +7

'Today, @khamenei_ir posted misinformation about coronavirus vaccine and his tweet was swiftly removed after me and many activists flagged it. Alas, @khamenei_ir continues spreading the same anti-vaccine propaganda in his Persian account.

She continued: 'You've suspended the account of @realDonaldTrump, but you've not suspended the account of@khamenei_ir, who used the @Twitter platform to issue death threats. He's imprisoned various twitter activists while banning Iranians from freely accessing Twitter. Why?'

In December, Iran began the human test phase of its own vaccine and is expected to distribute the drug in the spring.

country has the worst virus outbreak in the Middle East, with roughly 1.2million le infected with the virus. Some 56,000 people have died.

ADVERTISEMENT

nore:
r hides post about COVID-19 vaccine conspiracy theory on Iran supreme leader's account - CBS News

**Share or comment on this article: Twitter hides Iran Iyatollah's tweet on vaccine conspiracy after permanently banning Trump**

| **792** | Add comment |
| shares | |

## Tree Trimming Service Cost In San Jose May Surprise You
Tree Trimming and Removal Assistance l Search Ads

Sponsored Links

**2020 Prices on Tree Trimming Services could be cheaper than you think**
Tree Trimming Services l Search Ads

**House Interior Painting Costs in San Jose Maybe Even More affordable than before**
Interior Painting l Search Ads

Sponsored Links

## The Prices For Tree Trimming In San Jose Can Surprise You
Tree Trimming Services l Search Ads



▶ 'We love you!' Victoria Beckham shares her future daughter-in-law Nicola Peltz's 26th birthday with sweet selfie as David wishes her an 'amazing day'



▶ Strictly's Jamie Laing raked in a staggering £2million in ONE year with his confectionary company... which is worth a massive £5million

▶ Looking for an affordable pair of leggings? These pair with built-in tummy control are just £6.95 on Amazon
PROMOTED

▶ BBC and ITV at war over Bradley Walsh, the 'new Brucie' - as TV star spends 28 hours on screen in 21 days

▶ TALK OF THE TOWN: Return to vendor as Lisa Marie Presley sells her £3.5m East Sussex mansion

▶ 'It could have been very damaging': Billie Faiers says her 'strong' mother saved her and sister Sam from their biological father

▶ Josie Gibson QUITS social media after 'reading into all the negativity' online... after revealing her weight-loss plans

▶ 'My No.1 party was lit!' Little Mix's Jade Thirlwall shares look at her glum isolation celebration after Sweet Melody made it to the top of the charts

▶ Strictly's Oti Mabuse debuts stunning new pixie cut as she reveals she is restarting online dance classes amid third Covid lockdown

▶ Nikki Bella bares her stomach to reveal impressive progress on her post-baby body... just five months after welcoming son Matteo

+99
NEW ARTICLES

Top

▶ Bella Thorne and boyfriend Benjamin Mascolo set sail on a luxury yacht in Tulum

Share

# RAY HARVEY

Ray        6 Comments                            

# Democratic-Socialist Alexandria Ocasio-Cortez, "Communism Is Good," & Why California Cities Are Becoming Unaffordable



## Democratic Socialists of America Leaders Endorse Communism in Tweets

That tweet was recent.

I know of a few hundred million people who'd probably be willing to debate the statement — except they're in prison or were already murdered.

(Happy Birthday, Karl Marx!)

Democratic-Socialist Alexandria Ocasio-Cortez (who called for tax cuts when she was running her own business) famously wants "healthcare, housing, and education for all," and plans to fund it by "raising taxes."

Forget, for a moment, the fact that NO amount of taxation — not even 100 percent — could ever actually provide all this, as many on her side correctly noted. I have a more fundamental question for her:

Do you know how a single pencil is made, Ms. Cortez? Do you know why pencils in America are so abundant and inexpensive, and why (therefore) even the poorest have easy access to them — whereas in certain socialized countries, pencils are scarce and expensive?

It's an absurdly old and common tactic among government-lovers of all stripes to implement state regulations which create deeper problems, and to then blame the "free market" for these deeper problems which the government controls created in the first place, so that now deeper controls can be demanded.

It's so common, in fact, that it's cliche. But it doesn't change the fact that it's government

intervention and violation of property that created the problems to begin with.

Like virtually all socialists, Alexandria Ocasio-Cortez doesn't understand even rudimentary economics — but I have good news for her: "free" healthcare, housing, and education for all already exists in the United States — in fact, all throughout the United States — and I wonder if she knows where.

Answer:

Indian Country — i.e. the Native American Indian Reservations — where healthcare and education are 100 percent free, housing is fully provided by money that pours freely in, and food as well is provided. Here also property is not private (a core feature of socialism, in any of its variations) but instead is shared and held in trust by a benevolent bureaucracy which oversees everything, and which grants more money to these places than to any other single place in the United States.

Here the leading cause of death among young men is suicide.

These Utopias also have the highest rate of poverty among ANY racial group in the country — more than twice the national average — and are often environmentally dirty and unsanitary, all of which is quite strange, when you think about it, considering their Utopian nature and the sheer amounts of money they receive.

They also have the highest unemployment rates in the country, and perhaps there is a clue there:

In 2016, the last year for which the census data is available, the average household income on reservations was approximately 70 percent below the national average of $57,617. Just over 20 percent of those households earned less than $5,000 a year. More than 25 percent of the reservation populations live below the official poverty level, compared with 13 percent of the United States as a whole.

I respectfully request all self-proclaimed Democratic-Socialists, or anyone even remotely leaning that way, spend some time in Indian Country.

I also strongly recommend reading about the socialist roots of the Reservation System, which is by any standard imaginable an unmitigated catastrophe.

Anent healthcare, I'd like to point out something else, as well.

Healthcare in America has long been over fifty percent socialized (here's how it all began). The following charts, which are super easy to understand, show in no uncertain terms how medical costs have risen astronomically *in direct proportion* to third-party payment — and that includes insurer pre-paid healthcare (which is NOT actual insurance, incidentally, and which is also a big part of the problem).

Here are five charts which show the very clear progression and correlation of rising healthcare costs and socialized medicine in America:

**1. Before Medicare and Medicaid were enacted in 1965, most health spending in the U.S. was out-of-pocket, meaning that health consumers were very sensitive to the costs of their health care decisions.**



Democratic-Socialist Alexandria Ocasio-Cortez, "Communism Is Good,...          https://rayharvey.org/index.php/2018/08/democratic-socialist-alexandria...



2. After Medicare and Medicaid were enacted, health care spending in the U.S. skyrocketed.



3. Private insurance and Medicare/Medicaid/CHIP basically replaced out-of-pocket spending, a new dynamic which insulated the consumers of health care from the actual cost of health care. Unsurprisingly, this dynamic resulted in rapid cost growth.



4. At the same time, Americans began to live longer and longer.





Source: Average life expectancy at birth, in years (Social Security Administration)

5. And each extra year appears to cost even more than the previous one. In 2011, for example, each day of additional life expectancy compared to 2010 cost $1.6 billion.



The same sort of principle is at work in, for instance, many places in California, and it's why socialization has made housing unaffordable to all but the very wealthy.

How Big-Government Housing Policies Made San Francisco Unaffordable for All but the Rich:

*Despite the insistence that they're all about helping the disadvantaged, progressive policy has the actual effect of creating a place where only the rich can afford to live....*

*"Despite the fact that many of the homes and apartments are small and located close together, San Francisco now has the highest rent in the world," wrote Rachel Alexander in Townhall. "The average monthly rent is $3,500. A median-priced home sells for $1.5 million, but only a paltry 12 percent of residents can afford this."*

*Why Is Housing so Expensive?*

Read the the full answer here (it's pretty short).

Read also why California's once-beautiful cities are becoming unlivable (also short).



San Francisco Mayor London Breed believes homeless advocacy groups that receive funding from the city need to better educate the homeless to "clean up after themselves."



Democratic-Socialist Alexandria Ocasio-Cortez, "Communism Is Good,...          https://rayharvey.org/index.php/2018/08/democratic-socialist-alexandria...

**SF Mayor: 'There's More Feces ... Than I've Ever Seen'**
San Francisco Mayor London Breed believes homeless advocacy groups that receive
funding from the city need to better educate the homeless to 'clean up after themse

Conversely — and this is important — over the past two or so decades, U.S. medical prices have risen at approximately 5 percent every year, whereas prices for Lasik an other cosmetic surgery, which are not covered by a third-party payment system, have fallen.

You may see the unequivocal data from the American Society for Aesthetic Plastic Surgery here and here. This is some of what you'll find:

*1. For the top ten most popular cosmetic procedures displayed above for last year, none of them has increased in price since 1998 more than the 47.2% increase in overall consumer prices, meaning that the real, inflation-adjusted price of all ten of those procedures has fallen over the last 18 years.*

*2. For the three most popular procedures in 2016 (botox, laser hair removal, and chemical peel?–?all nonsurgical cosmetic procedures), the nominal price for each has actually fallen since 1998 by large double-digit percentage declines of -11.3%, -21.7% and -34.8% respectively.*

*That is, the prices for those procedures have fallen in price since 1998 measured in current dollars, even before making any adjustments for inflation. Note also that the demand for those three procedures has increased dramatically, especially botox procedures (29-time increase since 1998) and laser hair removal (9.5-time increase).*

*3. The two most popular surgical cosmetic procedures last year were liposuction and breast augmentation, which have increased in current dollar prices by 30.6% and 26.2% respectively since 1998. Both of those average price increases were less than the 47.2% increase in consumer prices over the last 18 years, meaning that the real, inflation-adjusted prices for liposuction and breast augmentation procedures have fallen since 1998.*

*4. The average price increase between 1998 and 2016 for the 20 cosmetic procedures displayed above was 32%, which is less than the 47.2% increase in consumer prices in general. Of the 20 procedures above, 14 increased in price by less than overall inflation (and therefore decreased in real terms) and only six increased in price by more than inflation.*

*And most importantly, none of the 20 cosmetic procedures in the table above have increased in price by anywhere close to the 100.5% increase in the price of medical care services or the 176.7% increase in hospital services since 1998.*

*(Link)*

Here is another chart that shows the rising costs of healthcare since 1970 as America has increasingly moved to third-party payment.

I know that socialism, whether democratic or otherwise, is trendy. I know it's hip. I know it's all the rage.

But I know also that it won't work. I know that it cannot work: it is impossible mathematically. It's doomed to fail because of the calculation problem, among other things. But even more:

Nobody — no matter how supposedly charismatic the politician, no matter how big the bureau (Obama and Clinton ICEd as many people as dumbfuck Donald, and not even the extremely liberal ACLU really denies it) — nobody has the right to the life or property of another.

Life, freedom, the sanctity of the individual, independent thought — these are timeless.

They are beyond trendy and hip and faddish — because they are right and they are true.

And once you concede that principle — which virtually everybody, right, left, or middle has — you can never again *properly* defend the sanctity of your person and property — i.e. laissez-faire and individual rights.

Democratic-Socialist Alexandria Ocasio-Cortez, "Communism Is Good,...          https://rayharvey.org/index.php/2018/08/democratic-socialist-alexandria...

**5 Comments**                                             Comments    Trackbacks

**Leave A Response**

*Name\**

*Email\**

*Website*

**Submit Comment**                              *\* Denotes Required Field*

Powered by OptimizePress 2.0

1/9/2021, 8:16 PM

# Get Unlimited Wired Access

SUBSCRIBE

IMAO KHAN    CULTURE    01.05.2021 07:00 AM

# Twitch Is Having a Political Renaissance

**Candidates and organizers are flocking to the platform, with the hope of reaching voters who would normally be disengaged.**



ILLUSTRATION: SAM WHITNEY; GETTY IMAGES

**LEADING UP TO** the 2020 general election, US representative Alexandria Ocasio-Cortez hosted a stream on Twitch, the game streaming platform owned by Amazon. AOC, along with Representative Ilhan Omar, decided to play *Among Us*, a whodunnit-style round of intrigue and finger-pointing similar to the party game *Mafia or Werewolf*. Joining her were some of the platform's biggest personalities, including popular streamers like Imane "Pokimane" Anys and Benjamin "DrLupo" Lupo, all there in an effort to drive people to IWillVote.com before the general election.

At the end of the stream, AOC was able to pull in 430,000 concurrent viewers on her channel alone, making it the third-largest in Twitch history. The VOD sits at 5.6 million views, with millions more on YouTube. Coupled with other streamers that were streaming to their audiences, it's likely AOC's *Among Us* stream was one of the largest, if not the largest, event in Twitch history. In an interview with Jake Tapper on CNN's *State of the Union*, AOC claimed that her stream ended up being the largest driver to IWillVote.com ever.

It's no surprise that AOC returned to Twitch in late November to help raise $200,000 for charity.

**Alexandria Ocasio-Cortez** ✔
@AOC

We did it!

$200k raised in one livestream (on a whim!) for eviction defense, food pantries, and more.

This is going to make such a difference for those who need it most right now.

Thank you all

**Alexandria Ocasio-Cortez** ✔ @AOC

Replying to @AOC

Today I'm using the stream to fundraise for local food pantries, eviction defense legal aid, & community support organizations.

So many people are having a hard time in this crisis. If you're able, you can help direct aid here efforts here:

secure.actblue.com/donate/novchar...

9:55 PM · Nov 27, 2020                                                        ⓘ

♡ 150K        💬 11.4K people are Tweeting about this

"Politicians can learn a lot from AOC's strategy, if I can even call it that. Just be yourself," said Mychal "trihex" Jefferson, a streamer and speedrunner with 435,000 followers in an email exchange with WIRED. "The biggest strength of Twitch is the spontaneity of live engagement. Doing an over-polished rehearsed speech or whatever is totally missing the strength of livestreaming."

Nse Ufot's New Georgia Project, referred to as NGP, also put on a 12-hour stream on the day of the general election titled Twitch the Vote. It brought together rappers such as Curren$y and Dave East, as well as esports pros like Mavs Gaming's Artreyo "Dimez" Boyd and Panda Global's Eric "ESAM" Lew. While NGP's stream didn't have the same hype and pomp of

AOC's, it did reach a maximum concurrent view count of 18,240 and saw 669,648 views overall, impressive for a brand-new broadcast. Given the demographic breakdown of Twitch, this hard-to-reach voting bloc will be critical for Democrats moving forward.

## Sign Up Today

**Sign up for our Games newsletter** and never miss our latest **gaming tips, reviews, and features.**

At the moment, Twitch is the 16th-most visited website in the US, ahead of sites like Etsy and Walmart. It has an average of 2.1 million people watching streams at any given time with 81.5 percent of its user base being male and a majority of those, 55 percent, being between the ages of 18-34.

It's why the 2008 and 2012 Obama campaigns directly targeted gamers, buying up in-game ads in titles like *Burnout Paradise* and 18 other games through Xbox Live. And in 2016 the Obama administration held an esports tournament to raise awareness for the Affordable Care Act.

# News of the future, now. News of the future, now.
## Get WIRED for as low as $5.

### <u>Subscribe Now</u>

"The gap between TV and digital is narrowing each election cycle, and as campaigns become closer and targeting particular groups more important, we should see more activity in digital," said Audrey Haynes, a professor of political science at the School of Public and International Affairs at the University of Georgia, in an email exchange with WIRED.

In political advertising, digital is often referred to as the realm outside of TV and old-school leaflet canvassing. This could include Google and Facebook ads, YouTube videos, Instagram or TikTok posts, and even memes.

According to Haynes, while a majority of political ad dollars still go to television, internet advertising continues to grow, taking up 18 percent of total ad spending in 2020. Television has a wide reach, but it cannot microtarget as effectively. That's where online ads can fill in those gaps.

Haynes explained that you have to engage voters where they are, and depending on the demographics you're targeting, Facebook isn't your best option. "If those are voters you need to mobilize, you need to make sure you develop a message and strategy to communicate that message where they are at and in a way that is not likely to generate a backlash. It takes creativity, but it can be done."

To ensure that NGP was reaching gamers in an authentic way during its general election stream, it brought on Malik Forté. While Forté most often hosts gaming and esports events and is well known for previously being a banner host and analyst for the Overwatch League, he found himself being both presenter and educator.

"It got to the point where I found myself explaining the electoral college to people multiple times throughout the stream, just so they could understand how the system works," Forté

told us.

Beyond the occasional trolls, Forté did find people who were genuinely curious and interested in learning more about the electoral process—though he found himself having to defend an electoral system that can leave many in non-battleground states feeling unheard.

"Folks who consume gaming content, we tend to see through a lot of the smoke and mirrors, like advertisements and influencers tend to throw in our faces on the regular," said Forté. "So I think it's really important to just take all that down, take all the smoke and mirrors away, and create a transparent conversation around civic engagement and around politics in general."

But Twitch is changing rapidly. It now hosts not just video game streams and esports tournaments but also more general broadcasts, from Bob Ross marathons to regular chat sessions. In fact, the Just Chatting category is now the largest on the site, and the one growing most rapidly.

"The site has switched from gameplay to more of a reactionary manner of content," said Jefferson. He believes this type of content is more conducive to VOD, allowings clips to rack up views on YouTube or Reddit. Jefferson went on to say, "Hearing someone who is relatable (streamers) provide insight into all this is a welcoming lure that is dominating the meta."

This was most evidenced by Hasan Piker, a liberal political commentator turned streamer (also present on AOC's Twitch stream), who ran a nearly nonstop election week broadcast. Piker spent 80 hours streaming various election results, and at one point reached a peak viewership of 230,000 viewers. In the days after the election, he would consistently see over 100,000 concurrents.

The goal here for Ufot, Stacey Abrams' Fair Fight, and other grassroots efforts around the country is to turn young nonvoters into "supervoters." According to Cambridge University, elections that can drive high turnout among young adults will leave a footprint for subsequent ones. Getting voters engaged as soon as they turn 18 could mean a lifetime of reliable votes.

"I thought this was going to be a season that we were going to have to organize around voter fatigue, and just people being over the election," said Ufot, in an interview with WIRED. "What we're seeing is determination, and more resolve, particularly from young voters and first-time voters."

After a record turnout of young voters in Georgia during the general election on November 3, that determination is probably why polls for the January 5, 2021, runoff election show the two democratic challengers, Jon Ossoff and Raphael Warnock, slightly ahead of the Republican incumbents they're running against.

This time around NGP will not be putting together a Twitch stream before the runoff election. With the race being limited to Georgia, it could be that there's less interest from the larger Twitch audience. NGP is, however, continuing its suite of online advertising on both Facebook and TikTok, hand-written mailers, and old-fashioned block walks to push as many voters to the polls as possible—even as the state shuts down early voting locations or aims to disenfranchise voters last minute.

Still, putting together a stream and trying to recreate what AOC did might not be as doable with other politicians. If NGP had gotten Ossoff, Warnock, or whoever else, it would have required having a politician drop the performative aspect of politics and be as they are with friends.

"A majority of politicians would be terrified to be in a live environment that can only be rehearsed or polished so much," said Jefferson. "A similar take would be the Bernie Sanders streams from late 2019. Everyone was excited, until they realized it was just Bernie's team delivering generic messages, as opposed to engaging in a 'Twitch town hall.'"

If there is to be a second upset in Georgia, Democratic leadership can only conclude that it's time to try a different game plan, one led by grassroots organizers with a robust digital strategy and relatable politicians willing to be fun and make gaffes. Because for Ufot, a reimagining is the only path to victory.

"The old playbook says that black people don't vote, that young people are unreliable. So the idea is, if we're going to change the culture of voting, we need to do culture work. And

gaming is an important culture for Gen Z and millennials."

## More Great WIRED Stories

- Want the latest on tech, science, and more? Sign up for our newsletters!

- Get rich selling used fashion online—or cry trying

- The "healthy building" surge will outlast the pandemic

- The Future of Work: 'ars longa' by Tade Thompson

- A new field guide for Earth's wild microbes

- Biden needs a VP of engineering, not a CTO

- WIRED Games: Get the latest tips, reviews, and more

- Torn between the latest phones? Never fear—check out our iPhone buying guide and favorite Android phones

# 1 Year of WIRED for $10

SUBSCRIBE NOW

## Stories to help you understand the future

https://www.wired.com/story/politicians-twitch-voters-georgia-election/



## Questlove Answers the Web's Most Searched Questions

**Questlove Answers the Web's Most Searched Questions**

Questlove answers the internet's most searched questions about himself. What's Questlove's real name? What's in his hair? Where does Questlove buy cheesecake? What kind of drums does he play? Questlove answers all these questions and much more.  SOUL releases November 20 to Disney+

TOPICS   VIDEO GAMES   GAMING CULTURE   TWITCH   POLITICS

1/9/2021, 7:50 PM

# THE VERGE

## Support Vox's journalism.

# Explaining the best w
# to do good has never

TECH \ CREATORS \ TWITCH

75 ·

# Watch AOC play Among Us live on Twitch with HasanAbi and Pokimane

*Twitch is good, actually*

By Bijan Stephen | Oct 20, 2020, 5:53pm EDT



Watch AOC play Among Us live on Twitch with HasanAbi and Pokimane...     https://www.theverge.com/2020/10/20/21525740/alexandria-ocasio-corte...

Photo by Gotham/GC Images

A day after lighting up the internet by announcing she'd joined Twitch and was looking for streamers to play the breakout hit *Among Us* with, New York congressional Representative Alexandria Ocasio-Cortez is playing *Among Us* with Hasan "HasanAbi" Piker and Imane "Pokimane" Anys, two of the biggest personalities on Twitch.

The stream already had 240,000 concurrent viewers before they started playing.

Piker is a popular progressive streamer, formerly of *The Young Turks*. (If you've tried to watch a political debate on Twitch this year, you've probably seen his stream.) Anys, on the other hand, is less explicitly political but is one of the most famous people on Twitch, with 6 million followers on the site.

**Alexandria Ocasio-Cortez** ✅
@AOC

Join me, @pokimanelol, @hasanthehun, & more on Twitch TONIGHT as we help folks make a voting plan at iwillvote.com and officially declare orange sus on Among Us

Tune in 9pm tonight at twitch.com/aoc

**NowThis** ✅ @nowthisnews
Rep. @AOC is going to play 'Among Us' live on Twitch to encourage voting
go.nowth.is/3jhrmhC

ⓘ

1:46 PM · Oct 20, 2020

♡ 110.4K      💬  16.3K people are Tweeting about this

The idea for the AOC *Among Us* stream is, naturally, to get out the vote — if you're reading this and haven't made a plan to go vote, do that! — and it promises to be quite a time. You can catch AOC live on Twitch at 9PM ET.

Watch AOC play Among Us live on Twitch with HasanAbi and Pokimane...   https://www.theverge.com/2020/10/20/21525740/alexandria-ocasio-corte...

In other, presumably unrelated news, Rep. Ilhan Omar of Minnesota joined Twitch today. Her profile pic, naturally, is her as a Gundam pilot. The internet rules.

**Ilhan Omar** 🟢
@IlhanMN

2:31 PM · Sep 22, 2020

♡ 40K     ○ 5.3K people are Tweeting about this

AOC and Omar are only the latest two politicians to join Twitch — Bernie Sanders started broadcasting to the site the night of the first Democratic debate for the 2020 election, and Donald Trump's campaign also maintains a presence on the site. Let's hope this isn't the only time AOC decides to grace Twitch with her presence.

1/9/2021, 7:53 PM

Watch AOC play Among Us live on Twitch with HasanAbi and Pokimane...   https://www.theverge.com/2020/10/20/21525740/alexandria-ocasio-corte...

Streamer Hasan says America "deserved" 9/11 | Dot Esports

https://dotesports.com/streaming/news/streamer-hasan-says-america-des...

☰  🔔  🔍  Go Ad-Free    Login

Aug 21, 2019 9:58 am    STREAMING

# Streamer Hasan says America "deserved" 9/11

"Like we totally brought it upon ourselves dude, holy shit."

 Will Strickland



Screengrab via Twitch.tv/hasanabi

VALORANT New Agent Yoru Abilities Spotligh...

Twitch streamer and The Young Turks N

"HasanAbi" Piker sparked controversy or

1/9/2021, 7:55 PM

America "deserved 9/11."

Hasan was reacting to Joe Rogan's recent podcast episode interviewing Rep. Dan Crenshaw of Texas. Crenshaw, a military veteran, was defending the U.S.'s practice of having military bases in more than 100 countries, a point that Hasan took great issue with.

"This is so insane. America deserved 9/11, dude. Fuck it, I'm saying it," he said.

VALORANT New Agent Yoru Abilities Spotligh...



"Like we totally brought it upon ourselves dude, holy shit. We did, we fucking did. {...} Look at the way that this dipshit is running his fucking mouth, justifying genocide right now," Hasan said, alluding to civilian casualties in the Middle East.

Hasan continued by questioning why anyone would consider what he was saying to be controversial and pointed to the fact that the U.S. is still a military and business ally of Saudi Arabia as evidence of flawed foreign policy.

The 9/11 Congressional Report included members of the Saudi Arabian royal fam funding and organizing the attacks.

VALORANT New Agent Yoru Abilities Spotligh...

Later in the stream, when a viewer point the clip of him saying America brought tl itself was on the front page of r/Livestrea

he would likely be getting a ban from Twitch.

According to Section 9 Article I of the Twitch Terms of Service (ToS), any content that is, among other things, "harassing, threatening, abusive, inflammatory, or otherwise objectionable," is not permitted.

Twitch's ToS for streamer conduct is likely vague on purpose to give the company wiggle room for dealing with content they don't want on their platform. Hasan's comments may prove to be a pseudo-litmus test for how Twitch handles provocative political takes.

© 2020 Dot Esports

Do Not Sell My Personal Information

If Twitch does move to punish Hasan, it seems they would have to do the same to Destiny for cosigning the opinion.

At time of writing, neither streamer has been suspended by Twitch.

VALORANT New Agent Yoru Abilities Spotligh...