# Get Unlimited Wired Access

SUBSCRIBE

CECILIA D'ANASTASIO    CULTURE    10.20.2020 11:42 PM

# Alexandria Ocasio-Cortez Storms Twitch

**More than 400,000 people tuned into AOC's stream of a marathon *Among Us* session with representative Ilhan Omar and Twitch luminaries.**

Alexandria Ocasio-Cortez Storms Twitch | WIRED

https://www.wired.com/story/aoc-among-us-twitch-stream/



Unlike other politicians, AOC didn't use Twitch to stream speeches or rallies. She games. PHOTOGRAPH: SAMUEL CORUM/GETTY IMAGES

**ALEXANDRIA OCASIO-CORTEZ IS** the interactive politician. She knocks on doors; she receives neon Post-it devotionals at her Capitol Hill office. She makes macaroni and cheese and fields climate policy questions on Instagram Live. Tonight, she went live on the streaming platform Twitch to do something she says she hates more than anything, in front of 440,000 live viewers: lie.

Ocasio-Cortez was playing *Among Us*, a recently viral game with *Mafia*-like mechanics. On Monday she had soft-launched her Twitch channel with a coy tweet asking whether anybody might be interested in playing with her. In a parenthetical, she added, "I've never played but it looks like a lot of fun." The response was frenetic. A who's who of internet celebrities threw their blue checkmarks in the ring—makeup YouTuber James Charles,

https://www.wired.com/story/aoc-among-us-twitch-stream/

KindaFunny's Greg Miller, actress Felicia Day, even Chelsea Manning, who is currently building her own gaming PC. Also coy, lefty politics streamer Hasan Piker—noted AOC fanboy and *Young Turks* alumni—responded with a lowercase "hi!".

Then came the gamers. Imane "Pokimane" Anys replied, "it'd be an honor" with crying and prayer hands emojis. Benjamin "DrLupo" Lupo wrote he would "offer myself as tribute." *Fortnite* star Ali "Myth" Kabbani proposed to "do wires together." Esports got in there, too, with FaZe Clan inviting AOC to an *Among Us* tournament and the *Overwatch* League team Washington Justice offering to help "rep DC."



COURTESY OF TWITCH

Ocasio-Cortez is far from the first politician to go where the gamers are. Bernie Sanders' fireside chat on Covid brought over 50,000 viewers to his channel in March. Twitch temporarily banned Donald Trump's channel, launched late last year, for violating policies against "hateful content." Joe Biden's campaign has one, too, with a bafflingly low 2,500 followers.

1/9/2021, 7:52 PM

# News of the future, now. News of the future, now.

## Get WIRED for as low as $5.

### Subscribe Now

But other politicians' Twitch streams are, for the most part, chats, rallies, or if you're the Biden campaign, lo-fi train footage. Ocasio-Cortez games. And fellow first-term congresswoman Ilhan Omar, who created her own Twitch channel, joined her, her Twitch icon a stoic Gundam. By the time Ocasio-Cortez went live at 9 pm ET Tuesday night, over 260,000 people had hit "Follow" on her Twitch channel. Twenty minutes before she signed on, 50,000 viewers sat in wait, filling her chat with encouragement and emotes.

Piker's chat was effusive as well. "What a wonderful day," said Piker, grinning into the camera. Chat rolled on: "TOP QUEEN ON TWITCH" and "LET'S GOOOOOO" accompanied crying Pepe the Frog faces. An ad for the Marines played. Then, Anys went live. "I'm so hyped I want to throw up," she said to 30,000 viewers. "I think this is the coolest thing I've ever done in my life, actually," she said.

Next came Ocasio-Cortez. "This is pretty insane," she said from a tiny square at the bottom of the screen to 163,000 live viewers. Soon, 200,000 more would arrive. Admitting she just started playing *Among Us* Monday night, Ocasio-Cortez described how, with two unscheduled hours on Monday, she ran into Best Buy asking for webcams and mics. There weren't any, because of the pandemic, so she outsourced to her community. Grassroots.

"Is it weird we're calling you AOC?" Piker asked. "You guys can call me AOC. Mike Pence can't call me AOC," she replied with a laugh. She troubleshooted her audio a little, with chat's feedback.

**Ilhan Omar** 🌺
@IlhanMN

Posting specs:

Intel Core i7-10700K
Zotac GeForce RTX 2060 Super
G.Skill TridentZ RGB 32GB
Samsung 970 EVO Plus 1TB M.2 NVMe main
6TB SSD storage
Corsair iCUE H100i AIO
NZXT H510i case

**Ilhan Omar** 🌺 @IlhanMN

When you're winning:

In the first match, Ocasio-Cortez was named the imposter, tasked with murdering and sabotaging her cohort. "*No!!!*" she yelled. "Oh my God. Oh my God." She buried her face in her hands. Back when she was doing community organizing work, she confided, someone asked if she'd ever considered going into politics. "Oh, no way," she said at the time. When they asked why she said, "It's because I'm a bad liar."

1/9/2021, 7:52 PM

Alexandria Ocasio-Cortez Storms Twitch | WIRED

https://www.wired.com/story/aoc-among-us-twitch-stream/

Ocasio-Cortez killed her first player, the singer-songwriter Maia "mxmtoon," and accidentally reported it to the group herself, a possible giveaway that she was responsible. As they debated who the imposter was, Ocasio-Cortez buried her face in her hands. The next round, after much deliberation, she killed Anys, Twitch queen bee with over 6 million followers. After Ocasio-Cortez stuck a knife in her back, Anys accepted her fate: "It was an honor. It was *an honor to serve you.*" She bows.

**Read More**

Alexandria Ocasio-Cortez Storms Twitch | WIRED

https://www.wired.com/story/aoc-among-us-twitch-stream/



**Don't miss the latest Election 2020 news and analysis.**

Ocasio-Cortez is no stranger to Twitch. Last January, she dropped in on a *Donkey Kong 64* stream to raise money for transgender kids alongside games YouTuber Harry "Hbomberguy" Brewis. As recently as July, after the military launched Twitch channels in attempt to recruit gamers, Ocasio-Cortez introduced an amendment to prohibit "the use of funds for recruiting via video gaming and e-sports platforms." (The House voted it down.).

1/9/2021, 7:52 PM

https://www.wired.com/story/aoc-among-us-twitch-stream/

Ocasio-Cortez also isn't new to gaming. She's ranked a respectable Silver III in *League of Legends*, although she says she hasn't played in a while, and in May made virtual house calls to *Animal Crossing: New Horizons* players' islands.

Uproariously funny, the *Among Us* stream was a Large Hadron Collider of online celebrity. Evolving from shy quiet to finger-wagging accusations, Ocasio-Cortez leaned into the deception, and the Twitch environment, strategizing out loud and issuing low *Oooooohs* in spicy deliberations. Chat moved so quickly, it was impossible to read and often broke, haltingly publishing messages. Occasionally, Ocasio-Cortez mentioned Iwillvote.com or "voting early"—a reference to *Among Us*' voting system and, of course, the upcoming election. Twitch streamers nearly matched her enthusiasm for democracy, with Ali "Myth" Kabbani referencing his first time voting ever (early) and Hasan Piker suggesting to viewers that, if they care about net neutrality, they might want to vote blue. (Ocasio-Cortez said one goal of tonight was to "officially declare orange sus.")

Three hours in, they were still going strong. "I think I'm too task-focused," said Ocasio-Cortez of her playstyle. "I need to be running around and finding people."

# 1 Year of WIRED for $10

SUBSCRIBE NOW

**Stories to help you understand the future**

## More Great WIRED Stories

- Want the latest on tech, science, and more? Sign up for our newsletters!
- High science: This is my brain on salvia
- The pandemic closed borders—and stirred a longing for home
- The cheating scandal that ripped the poker world apart
- How to trick out your iPhone home screen in iOS 14
- The women who invented video game music
- WIRED Games: Get the latest tips, reviews, and more
- Things not sounding right? Check out our favorite wireless headphones, soundbars, and Bluetooth speakers

1/9/2021, 7:52 PM

Alexandria Ocasio-Cortez Storms Twitch | WIRED

https://www.wired.com/story/aoc-among-us-twitch-stream/



Cecilia D'Anastasio is a staff writer at WIRED covering the games industry and gaming culture. She was previously a senior reporter at Kotaku, G/O Media's video game vertical. Send tips to Cecilia_D@WIRED.com.

STAFF WRITER

## Featured Video



How Spies Use Disguises

**How Spies Use Disguises**

Former Chief of Disguise for the CIA, Jonna Mendez, explains how disguises are used in the CIA, and what aspects to the deception make for an effective disguise.   You can watch new episodes of WIRED MASTERMINDS on your smart TV.  https://www.wired.com/brandlab/2018/06/wired-smart-tv-app-new-way-watch-wired/

TOPICS  TWITCH  VIDEO GAMES  POLITICS

1/9/2021, 7:52 PM



Q

# 'Fighting to Tear Down Oppression...in Housing, Education...Employment' – Rep Ilhan Omar Declares Marxist-Socialist War on American Economic System, Video

By MHProNews / Manufactured and Modular Housing News / July 8, 2020



Representative Ilhan Omar held a news conference on "**systemic racism**" with Minnesota leaders on Tuesday 7.7.2020. *CBS Local* said that "**Rep. Ilhan Omar, whose represents the congressional district**" that George Floyd's tragic death and the subsequent civil unrest have occurred.  Omar took to

television cameras and microphones to make her case for systemic change in America.

The Somali-born congressional representative led off her message with a call to end "**oppression**" in "**housing**" and other aspects of American life.

"**We are fighting to tear down systems of oppression that exist in housing, in education, in healthcare, in employment, in the air we breath**[e]." – Ilhan Omar, 7.7.2020 news conference, reported by left-of-center *PBS News* and others.

*PBS News* reported the following.



"**Last month, several Minneapolis police officers resigned over a perceived lack of support during the height of the George Floyd protests that followed Floyd's killing by Minneapolis police officers on May 25. The officers cited Mayor Jacob Frey's decision to abandon the Third Precinct station on May 28. The building was set on fire by demonstrators that night.**

**The Minnesota Department of Human Rights launched a civil rights investigation into the city's police department last month and the FBI is investigating whether police willfully deprived Floyd of his civil rights.**

**The department has faced decades of allegations of brutality and other discrimination against Black Americans and other minorities. A majority of City Council members support dismantling or defunding the department.**

**Omar told CNN's "State of the Union" last month that the Minneapolis Police Department is suffering a crisis of credibility and needs to be dismantled. In the recent news conference, she expanded her criticism to the wider systemic racism rooted in American culture.**

"**We are not merely fighting to tear down the systems of oppression in the criminal justice system,**" **she said. "We are fighting to tear down systems of oppression that exist in housing, in education, in healthcare, in employment, in the air we breath**[e]."

'Fighting to Tear Down Oppression…in Housing, Education…Employm…      https://www.manufacturedhomepronews.com/fighting-to-tear-down-oppr…



In a tweet, Omar doubled down on her press conference's comment about profits and her pro-socialist positions.

**"As long as our economic and political systems prioritize profit, without considering who is profiting and who is being shut out, we will perpetuate inequality.**

**It is telling that a black woman discussing systematic oppression is so triggering to the right,"** said Omar.

1/9/2021, 8:31 PM

**Ilhan Omar** ⬡
@IlhanMN

"As long as our economic and political systems prioritize profit, without considering who is profiting and who is being shut out, we will perpetuate inequality."

It is telling that a black woman discussing systematic oppression is so triggering to the right.

4:41 PM · Jul 7, 2020                                                        ⓘ

♡ 8.8K        💬  3.3K people are Tweeting about this

What Omar doesn't say is *why* those informed on the right are "**triggered**." Is it due to her being a black woman? Or are more "**triggered**" due to her ties to socialists who are concerned about her openly calling on people to dismantle the American system? What exactly does Omar and others like her hope to accomplish?

# Ilhan Omar
U.S. Representative






 omar.house.gov

Ilhan Abdullahi Omar is an American politician serving as the U.S. Representative for Minnesota's 5th congressional district since 2019. She is the first Somali-American, the first naturalized citizen of African birth, and the first woman of color to hold elective office from Minnesota. Wikipedia

**Born:** October 4, 1982 (age 37 years), Mogadishu, Somalia

**Office:** Representative (Minnesota Democratic–Farmer–Labor Party-MN 5th District) since 2019

**Spouse:** Tim Mynett (m. 2020), Ahmed Hirsi (m. 2018–2019), Ahmed Nur Said Elmi (m. 2009–2017)

**Children:** Isra Hirsi

**Nationality:** American, Somali

**Books:** This Is What America Looks Like: My Journey from Refugee to Congresswoman

Sources include: CTCL, Wikipedia  Learn more



**FOX NEWS**

Ilhan Omar paid $878G to new husband's consulting firm, data show: report

8 hours ago



**FOX NEWS**

Ilhan Omar calls for dismantling America's 'system of oppression'

14 hours ago

7/8/2020



Daily Mail                                >

Ilhan Omar has paid $122,000 to her husband's consulting firm since they tied the...

29 mins ago



**U.S., Global Reaction**

'Fighting to Tear Down Oppression…in Housing, Education…Employm…     https://www.manufacturedhomepronews.com/fighting-to-tear-down-oppr…

What happens in America is important to other nations, as well as our own. Democratic Congresswoman Ilhan Omar's statement that she "**wants to dismantle**" our institutions is of concern to professionals who look to "**America and all that has made it a beacon of prosperity and freedom**." Australian *Sky News* host Chris Kenny shared a key clip from the video above and provides his commentary in under a minute and 50 seconds.



It is worth nothing that left-of-center *PBS News* clip below spotlighted that same clip as *Sky News'* Kenny provided.

The right-of-center GOP War Room – editing and commenting on that video clip – said "**Democrat Congresswoman Ilhan Omar called for the "dismantling" of the U.S. "economy and political system,"** when she appeared on a news conference on systemic racism with Minnesota leaders on 7/07/2020**."

'Fighting to Tear Down Oppression…in Housing, Education…Employm…     https://www.manufacturedhomepronews.com/fighting-to-tear-down-oppr…

Democrat Rep. Ilhan Omar Calls For "Dismantling" Of U.S. "…



Right-of-center *Breitbart,* highlighted these aspects of Rep. Omar's talk.

"**Right now in Congress the Senate is sitting on a comprehensive bill to transform criminal justice and the policing system. All along with the Congressional Black Caucus, I helped led the George Floyd Justice in Policing Act. And because of Mitch McConnell and Donald Trump, it is being ignored. I guess the president would rather attack the people who are protesting than actually address the issues people are out here protesting for.**"

She continued, "**We can't stop at criminal justice reform or police reform for that matter. We are not merely fighting to tear down the systems of oppression in the criminal justice system. We are fighting to tear down systems of oppression that exist in housing, in education, in health care, in employment, in the air we breathe.**"

Omar added, "**The mortality rate for black Minnesotans to COVID is twice as high as it is with other races. And for me, this is very personal because I lost my own father to the coronavirus. I see the pain and the havoc it is wreaking on the black community in Minneapolis. We must recognize that these systems of oppression are linked. As long as our economy and political systems prioritizes profit without considering who is profiting, who is being shut out, we will perpetuate this inequity. So we cannot stop at criminal justice system. We must begin the work of dismantling the whole system of oppression wherever we find it.**" Note that millions of regular *Breitbart* readers, often on the center-right, would routinely grasp the significance of those words without commentary.

1/9/2021, 8:31 PM

'Fighting to Tear Down Oppression…in Housing, Education…Employm…     https://www.manufacturedhomepronews.com/fighting-to-tear-down-oppr…

**Omar – and the Red-Green Marxist Socialist Axis?**

J. Michael Waller is a Senior Analyst for Strategy at the Center for Security Policy. Months before the current unrest, Waller did a report and analysis of Omar and her education into socialist policies and politics.

Waller's research indicated that Omar's **"Family beholden to Communist-Islamist Somalia dictator."**

Waller continued, **"A teacher trainer in any revolutionary communist regime is the political commissar who trains teachers on how to indoctrinate children."** He noted that **"Congressman Omar's father was a professional propagandist for the Communist-Islamist dictatorship. Of course, the sins of the father cannot be attributed to the child – unless the child carries on the father's legacy."**

Waller explains what the Red-Green axis is in the context of the Somalia that Omar and her family lived in prior to coming to America. Waller cites the United Nation's as one of his sources.

**"After seizing power by coup d'etat in 1969, Siad Barre declared a Marxist-Leninist regime that he began to infuse with elements drawn from Islamist political thought. The United Nations country profile of Somalia explains:**



*Exhumed remains of victims of Somalia's Isaaq Genocide, 1988-89. (Photo: Wikimedia Commons)*

**"The theoretical underpinning of the state ideology combined aspects of the Qur'an with the influences of Marx, Lenin, Mao, and Mussolini, but Siad Barre was pragmatic in its application. 'Socialism is not a religion,' he explained; 'It is a political principle' to organize government and manage production. Somalia's alignment with communist states, coupled with its proclaimed adherence to scientific socialism, led to frequent accusations that the country had become a Soviet satellite.**

**For all the rhetoric extolling scientific socialism, however, genuine Marxist sympathies were not deep-rooted in Somalia. But the ideology was acknowledged – partly in view of the country's economic and military dependence on the Soviet Union – as the most convenient peg on which to hang a revolution introduced through a military coup that had supplanted a Western-oriented parliamentary democracy.**"

**To supplant that Western-oriented parliamentary democracy in a country defined most by tribes, Siad Barre needed – in addition to tough enforcement mechanisms like property confiscation and a powerful secret police – softer mechanisms like cadres of "teacher trainers…"**

"**Nur Omar Mohamed, father of Ilhan Omar, was one of those indoctrinators**," said Waller.

Waller, like Trevor Loudon in the documentary show below, appear to be ahead of his time.

But now, the time has come to realize what is occurring, no longer just behind a veil, but out in the open. In doing so, the points made by Waller, Loudon and others come to life.



Trevor Loudon Documentary Film - THE ENEMIES WITHIN - …

The trailer for Loudon's research is above. His full video documentary is posted below.



Trevor Loudon has spent years investigating, writing about, and doing video documentaries about the socialist-communist-Marxist movement in the U.S. Like Waller and the Center for Policy Studies, Loudon's group sees Ilhan Omar in that Marxist-Socialist camp.

www.history.com › this-day-in-history › marx-publishe… ▾

**Karl Marx publishes The Communist Manifesto - HISTORY**

On February 21, 1848, The **Communist Manifesto**, written by **Karl Marx** with the … first volume of his monumental **Das Kapital** - the foundation work of communist …

The *Communist Manifesto* opens with the dramatic words, **"A spectre is haunting Europe—the spectre of communism,"** and ends by declaring: **"The proletarians [i.e.: workers] have nothing to lose but their chains. They have a world to win. Workers of the world, unite!"** However, socialism, and communism have only brought misery, more poverty, and fewer rights in a system that rapidly turns dictatorial. Those at the top often live in luxury, while the masses are poorer than before.

'Fighting to Tear Down Oppression...in Housing, Education...Employm...    https://www.manufacturedhomepronews.com/fighting-to-tear-down-oppr...

On April 5, 2019 Loudon listed her as follows. "**Ilhan Omar (D-MN) Supported by Democratic Socialists of America** [DSA]**– controlled groups Our Revolution and National Nurses United. Reportedly a self-described "Democratic Socialist.""**

Is that fair and accurate? Let's look at evidence beyond what Waller and Loudon have written.

On July 3, 2018 Terresa Monroe-Hamilton writing on the TrevorLoudon.tv website noted several self-identified Democratic Socialists of America (DSA) who are often members of the Democratic Party.

One of the DSA co-chairs tweeted this.

**Rent is Theft**
@ThatNJSocialist

As a DSA branch co-chair, I would like to sign onto this with a small amendment: Communism is very good. twitter.com /livkittykat/st...

7:33 PM · Jul 1, 2018

♡ 39    💬 19 people are Tweeting about this

Another openly praised communism.

**Rent is Theft**
@ThatNJSocialist

As a DSA branch co-chair, I would like to sign onto this with a small amendment: Communism is very good. twitter.com /livkittykat/st...

7:33 PM · Jul 1, 2018

♡ 39    💬 19 people are Tweeting about this

Put differently, several of the leaders and politicos involved in Black Lives Matter are openly supportive of Marxist, Socialist and Communist beliefs.  It is no longer a case of sifting the tea leaves looking for

1/9/2021, 8:31 PM

clues. They are saying so – as the examples above and below make clear – in their own voices and in their own words.

- **"If this country doesn't give us what we want, then we will burn down this system and replace it."** – Hawk Newsome, Chairman Black Lives Matter of Greater New York. Source: *Newsweek*.
- **"We are trained Marxists."** – Patrisse Cullors, Black Lives Matter Co-Founder. Source: progressive *Real News* interview. See the report linked below which includes the video of Cullors making that statement.



## "We are trained Marxists." – Black Lives Matter (BLM) co-founder Patrisse Cullors, "Deception and Misdirection" – Capital Research Center

"If this country doesn't give us what we want, then we will burn down this system and replace it." – Hawk Newsome, chairman of Black Lives Matter of Greater New York. Source: Newsweek. "We are trained Marxists." – Patrisse Cullors, Black Lives Matter (BLM) co-founder. Source: progressive Real News … Continue reading

 Manufactured and Modular Housing Industry News

- **"We know that in order to defend immigrants, protect DACA and defend our democracy, that Trump must be defeated this November."** – Cristina Jiménez, United We Dream co-founder. Source: *NBC News*. *See the report linked below*. The report follows the money-trail and evidence of where these groups get their funding.



## 'Stop Trump!' Group Supported by Billionaires Soros, Buffett, Gates Vows to Defeat President Trump in 2020

What's painful or bad news for millions of Americans is viewed as good news by those who are funding efforts to defeat President Donald J. Trump in the November 3, 2020 election. Recent reports reveal that ultra-billionaires Bill Gates, Warren Buffett, and George Soros are funding a 'dreamers' group that … Continue reading

 Manufactured and Modular Housing Industry News

**"Yes, I think the statues of the white European they claim is Jesus should also come down. They are a form of white supremacy. Always have been.**" – Shaun King tweet. *Wikipedia* said he's the "**co-founder of Real Justice PAC. King uses social media to promote social justice causes, including the Black Lives Matter movement**." King is one of those Loudon interviewed at a pro-Marxist-Socialist event. See that in the video posted above.

'Fighting to Tear Down Oppression…in Housing, Education…Employm…     https://www.manufacturedhomepronews.com/fighting-to-tear-down-oppr…

This tweet is tied to this discussion.

**Rent is Theft** @ThatNJSocialist · Jul 1, 2018
As a DSA branch co-chair, I would like to sign onto this with a small
amendment: Communism is very good. twitter.com/livkittykat/st…

**Recite Social**
@ReciteSocial

your Tweet was quoted in an article by @DailyCaller
dailycaller.com/2018/07/05/mar…

6:05 PM · Jul 5, 2018

♡     See Recite Social's other Tweets

Millions have never been taught, or need a reminder, as to the types of devastation that occurred
under socialists and communists.  Common estimates of the loss of life are commonly around
100,000,000 dead.

In 2016, the Dissident blog of the Victims of **Communism** Memorial Foundation made
an effort to compile updated ranges of estimates and concluded that the overall range
'spans **from** 42,870,000 to 161,990,000" **killed**, with 100 million the most commonly
cited figure.

en.wikipedia.org › wiki › Mass_killings_under_commu …  ▾
Mass killings under communist regimes - Wikipedia

MHPRONEWS .com

www.wsj.com › Opinion › Commentary
100 Years of Communism—and 100 Million Dead - WSJ
Nov 6, 2017 - But the Bolsheviks' influence was not limited to these **countries**. … If we add to this
list the **deaths caused** by **communist** regimes that the Soviet … The term "political correctness"
has its origin in the assumption that **socialism**, …

www.outono.net › elentir › 2017/12/18 › the-more-than-…
The more than 100 million deaths that communism caused …
Dec 18, 2017 - Currently there are more than 120 million **deaths caused** by that ideology …
assassinated by the **communism** indicated by that book for each **country**, updating … The
Venezuelan **socialist** regime has had the support of Cuba.

'Fighting to Tear Down Oppression…in Housing, Education…Employm…          https://www.manufacturedhomepronews.com/fighting-to-tear-down-oppr…

Note that several of these personalities are already stars in the increasingly left-leaning Democratic Party.



The Squad is the informal name for a group of four women elected in the 2018 United States House of Representatives elections, made up of **Alexandria Ocasio-Cortez** of New York, **Ilhan Omar** of Minnesota, **Ayanna Pressley** of Massachusetts, and **Rashida Tlaib** of Michigan.

en.wikipedia.org › wiki › The_Squad (United_States_Co…



## The Squad (United States Congress) - Wikipedia

Those who may have started their Democratic Party affiliation years ago, before the Democratic Socialists of America (DSA), Marxist, and other pro-socialist and communist voices moved in may not realize that the party they joined years ago has steadily been co-opted. Despite that leftward lurch, former Obama Administration Vice President Joe Biden has made it clear that several of these personalities will play a key role in his administration if he wins on November 3, 2020.

'Fighting to Tear Down Oppression…in Housing, Education…Employm…        https://www.manufacturedhomepronews.com/fighting-to-tear-down-oppr…



# 'COMMUNISM WILL WIN': VANDALS DEFACE VICTIMS OF COMMUNISM MEMORIAL SITE



A look at graffiti reveals the agenda of many among Antifa and the Black Lives Matter nonprofit's political agenda. Defunding the police would bring anarchy. Anarchy benefits revolutionaries. It is arguably part of the Marxist-Socialist-Communist playbook for decades.

*Breitbart is 'in your face' with their reports on RINOs, DINOs, Marxists, and all those that impact culture, business, and politics in America.*

1/9/2021, 8:31 PM

'Fighting to Tear Down Oppression…in Housing, Education…Employm…    https://www.manufacturedhomepronews.com/fighting-to-tear-down-oppr…

Racial justice is something that most Americans of whatever background is a *slogan* that people would support. But as Noam Chomsky – who is left-leaning – has said in his words, slogans are used as a cover to gain acceptance for causes that may mask an agenda. Note that Chomsky recently came out to oppose the so-called "**cancel culture**."



*A more apt expression might have been that using a term like Black Lives Matter is meant to attract people to a cause that if they understood the entire agenda, most Americans would reject. Looking at what the formal BLM leaders have said makes it plain that they are self-proclaimed Marxists and Socialists.*



1/9/2021, 8:31 PM



Among those who have supported Black Lives Matter – BLM upper case, as in the nonprofit political activist group's name that is led by self-avowed Marxists – is Senator Tammy Duckworth. Fox News host Tucker Carlson recently spotlighted Omar and Duckworth, as is shown further below.

Right-of-center *Forbes* noted the surge of Tucker Carlson's show to the top-rated on all of cable news.

**"With an average total audience of four million viewers, Fox News Channel's Tucker Carlson finished the week of June 8 through June 14 as the most-watched host in all of cable news, despite the decision by some advertisers to abandon his program over comments Carlson made about the Black Lives Matter movement**."

While Carlson is wont to use hyperbole and satire, he often raises evidence-based issues that span the traditional left-right divide.

**"We have every right to fight to preserve our nation, heritage and culture. When vandals like Tammy Duckworth and Ilhan Omar tell us that we're not allowed to question their patriotism, as they scream about how horrible this country is, we have every right to laugh in their faces.**" So states a tweet from Tucker Carlson, host on Fox News' popular Tucker Carlson Tonight, and previously with left-of-center *CNN* and *MSNBC.*

1/9/2021, 8:31 PM

'Fighting to Tear Down Oppression…in Housing, Education…Employm…    https://www.manufacturedhomepronews.com/fighting-to-tear-down-oppr…



**Tucker Carlson** 🐦
@TuckerCarlson

We have every right to fight to preserve our nation, heritage and culture. When vandals like Tammy Duckworth and Ilhan Omar tell us that we're not allowed to question their patriotism, as they scream about how horrible this country is, we have every right to laugh in their faces.

5:41 PM · Jul 7, 2020                                                            ⓘ

♡ 95K        💬 50.6K people are Tweeting about this

Samples of responses for and against that tweet are as shown below.



**Isaac Asimov's Ghost** @politicalpower9 · 11h
Replying to @TuckerCarlson
Last lost her legs for you and she's a vandal? Ok I'm finally on board with cancel culture now, as long as it's you

💬 116          🔁 35          ♡ 902          ⬆

4 more replies



**Tania Banks** @Taniabanks24 · 11h
Replying to @TuckerCarlson
How was the KKK meeting today?
did you have enought red raw meat today with @rea DonaldTrump
@DonaldJTrumpJr

'Fighting to Tear Down Oppression...in Housing, Education...Employm...     https://www.manufacturedhomepronews.com/fighting-to-tear-down-oppr...

○ 445          ⬆⬇ 58          ♡ 984          ⬆

**Steve** @__steve_g · 11h
Replying to @TuckerCarlson
Grouping Duckworth in with Omar is disgraceful.

She lost her legs for this country.

○ 589          ⬆⬇ 68          ♡ 479          ⬆

**Don Moynihan** ☑ @donmoyn · 11h
Replying to @TuckerCarlson
She lost both of her legs fighting for her country. Why does she need to
defend her patriotism to you?



Sen. Tammy Duckworth, who lost her legs serving in Iraq, hits back after...
Democratic Sen. Tammy Duckworth, a US Army veteran who lost both of
her legs while serving in Iraq, rebuked Tucker Carlson after the ...
𝒮 cnn.com

○ 159          ⬆⬇ 79          ♡ 776          ⬆

**Zayhey** @zayhey · 11h
Replying to @TuckerCarlson
I live in Illinois and again one of the states elected officials stoop to a new
low, embarrassing the residents of Illinois. Tammy Duckworth is a worthless
political hack who has done nothing for the state of Illinois.

○ 94          ⬆⬇ 99          ♡ 826          ⬆

**jen pal** @jennyrachelpal · 11h
Replying to @TuckerCarlson
You're calling Senator Duckworth, Lieutenant Colonel in the Army, helicopter
pilot in Iraq, and Purple Heart recipient a "vandal"?

○ 161          ⬆⬇ 78          ♡ 973          ⬆

**TONYTM** @TONYxTWO · 11h

1/9/2021, 8:31 PM

'Fighting to Tear Down Oppression…in Housing, Education…Employm…     https://www.manufacturedhomepronews.com/fighting-to-tear-down-oppr…



Twitter is not the same as America. But it does provide a glimpse into the arguments being made on each side of the left-center-right divides.

**MHProNews Analysis and Commentary**

This platform has noted that the need for more affordable housing is only growing in post-pandemic America.

1/9/2021, 8:31 PM



Contribute : Support us now

Dublin: 2ºC    Sunday 10 January 2021

**Irish News**   **FactCheck**   **Voices**   **Brexit**   **Covid-19**          Newsletters   Podcasts   More

# Long identified as staunch friends of Israel, Democrats are now being accused of anti-semitism

**The claims have echoes of those against Jeremy Corbyn's Labour.**

BY RÓNÁN DUFFY  |  SATURDAY 23 FEB 2019, 6:01 PM  |  HTTPS://JRNL.IE/4503686



**Minnesota representative Ilhan Omar.**

*Image: Alex Edelman/PA Images*

WHILE LABOUR'S PROBLEMS in dealing with anti-semit **documented in the UK**, similar issues have been creepi Democrats.

**#OPEN JOURNALISM**

# No news bad news

Your **contributions** will help us continue to deliver the stories are important to you

**SUPPORT THE JOURNAL**

Long identified as staunch friends of Israel, Democrats are now being ac...   https://www.thejournal.ie/democrats-israel-anti-semitism-4503686-Feb2019/

The issues haven't caused the internal upheaval seen in Labour, but they represent a glimpse into a changing party that is fascinating in its complexity.

The most high-profile incident led to an apology by Ilhan Omar who, along with Rashida Tlaib, are the first Muslim women elected to congress.

Omar was forced to apologise when criticism she made about US politicians' support of Israel was accused of promoting anti-semitic ideas.

In a tweet a fortnight ago, Omar had said this support was "all about the Benjamins baby". A reference to a hundred-dollar bill, **in the style of Puff Daddy**.

The initial tweet was vague in exactly what she was pointing too, something that posed a problem for the congresswoman.

Politicians both inside her own party and out claimed that the tweet was potentially anti-semitic, hinting that Jewish money was having an outsized influence on US democracy.

A trope that's precisely within the definition as laid out by the **International Holocaust Remembrance Alliance**.

Critics pointed the fact that the tweet ignored the myriad of reasons behind US support of Israel, such as geopolitical concerns in the region, and reduced them to money alone.

**Ilhan Omar** ✅
@IlhanMN

It's all about the Benjamins baby 

**Glenn Greenwald** ✅ @ggreenwald
GOP Leader Kevin McCarthy threatens punishment for @Ilk
and @RashidaTlaib over their criticisms of Israel. It's stunni
much time US political leaders spend defending a foreign na
if it means attacking free speech rights of Americans

*Source: Ilhan Omar/Twitter*

**#OPEN JOURNALISM**

# No news
# bad news

Your **contributions** will help us
continue to deliver the stories
are important to you

House Speaker Nancy Pelosi was among those to condemn
demanded an apology from her Democratic colleague.

The apology came from Omar but it was one which also a:
criticise the influence of lobby groups in Washington.

"Anti-Semitism is real and I am grateful for Jewish allies

**SUPPORT THE JOURNAL**

are educating me on the painful history of anti-Semitic tropes," she said in her apology, before later reaffirming what she called "the problematic role of lobbyists in our politics".

It was that latter point which garnered Omar support among left-leaning activists and commentators.

The role of the American Israel Public Affairs Committee, or Aipac, has long been a matter of debate in US politics.

The lobby group has the stated aim of promoting Israel's interests to US lawmakers and among other things **brings new congresspeople on a sponsored trip** to the country.

In a follow up tweet to the one that caused controversy, Omar named the organisation **as being particularly influential** in Washington.

Several writers and supporters have defended Omar for naming the organisation, stating that criticism of its lobbying should not be equated to anti-semitism.

"We need to be able to examine the money and influence in politics that every special-interest group, including pro-Israel lobbying groups such as Aipac, wields," Alex Kotch **wrote in The Guardian**.

#OPEN JOURNALISM

# No news bad news

Your **contributions** will help us continue to deliver the stories are important to you

**SUPPORT THE JOURNAL**

1/9/2021, 8:34 PM

Long identified as staunch friends of Israel, Democrats are now being ac...   https://www.thejournal.ie/democrats-israel-anti-semitism-4503686-Feb2019/



**Notes with messages of support at Omar's office.**

*Source: PA Images*

What's also noteworthy about the controversy is not the tweet alone but that it coincided with a genuine political debate about the boycott movement in the US.

Similar to the ongoing debate **in Ireland over the Occupied Territories Bill** and the push to boycott some Israeli goods, Omar and Tlaib support the same campaign in the US. Known there as the Boycott, Divestment and Sanctions (BDS) movement.

When congress met for the first time after the recent mid passed by the Republican-led US Senate was one which at movement.

It forced Omar and Tlaib to come out against the legislati opposition with the Democratic party leadership, which o

The subsequent controversy over the tweet has led to furtl genuine public debate over official policy towards Israel is debate around anti-semitism.

Or that those who oppose Israeli policies engage in anti-se doing so.

**#OPEN JOURNALISM**

# No news bad news

Your **contributions** will help us continue to deliver the stories are important to you

**SUPPORT THE JOURNAL**

1/9/2021, 8:34 PM

Long identified as staunch friends of Israel, Democrats are now being ac...  https://www.thejournal.ie/democrats-israel-anti-semitism-4503686-Feb2019/

**#OPEN JOURNALISM**

# No news is bad news Support The Journal

**Your contributions** will help us continue to deliver the stories that are important to you

**SUPPORT US NOW**

This has proven problematic for Jeremy Corbyn's Labour with party members having been suspended, expelled or forced to resign as a result.

Corbyn's longtime Palestinian activism is popular among an enlarged Labour membership and there are certainly echoes of this among the leftward-moving Democrats.

Former president Barack Obama and his **testy relationship with Benjamin Netanyahu** was one part of this, but changing electoral dynamics are another, as evidenced by the elections of Somali-American Omar and Palestinian-born Tlaib.

But while Labour under Corbyn has warmly embraced pro Democrats are more wary of doing the same. As seen whe **sponsorship from the hugely successful Women's** because of its leadership's links to the Nation of Islam.

The controversy served as an example of the complexities party expands its support-base and how it may become as it does not necessarily support or have influence over.

**#OPEN JOURNALISM**

# No news bad news

**Your contributions** will help us continue to deliver the stories are important to you

**SUPPORT THE JOURNAL**

Long identified as staunch friends of Israel, Democrats are now being ac...   https://www.thejournal.ie/democrats-israel-anti-semitism-4503686-Feb2019/



**Alexandria Ocasio-Cortez** 🌀
@AOC

It was an honor to share such a lovely and wide-reaching conversation with you, @jeremycorbyn!

Also honored to share a great hope in the peace, prosperity, + justice that everyday people can create when we uplift one another across class, race, + identity both at home & abroad.

> **Jeremy Corbyn** 🌀 @jeremycorbyn
> Great to speak to @AOC on the phone this evening and hear first hand how she's challenging the status quo.
>
> Let's build a movement across borders to take on the billionaires, polluters and migrant baiters, and support a happier, freer and cleaner

*Source: Alexandria Ocasio-Cortez/Twitter*

The charge of guilt by association is one that has become a constant in UK politics in relation to Corbyn and has even made its way across the Atlantic.

Much-talked about Congresswoman Alexandria Ocasio-Cortez spoke to Corbyn himself and both shared complimentary tweets, **earning her criticism from corners as mainstream as CNN.**

The primary difference of course between Corbynite Labour and the new breed of Democrats is that the latter have not yet become the dominant voice in their party.

They are unlikely to in the same way too, such is the US political system and the lack of political whips.

But in a reinvigorated party that is looking towards buildi support for 2020, they can't afford to be ignored either.

The challenge therefore is to make sure when their voice i they use is appropriate, and not open to being dismissed ¿

**#OPEN JOURNALISM**

# No news bad news

Your **contributions** will help us continue to deliver the stories are important to you

ABOUT THE AUTHOR
**Rónán Duffy**   |   **@ronanduffy_**   |   ronan@th

1/9/2021, 8:34 PM

Ilhan Omar and AIPAC: Why We...

(https://socialistrevolution.org/)

(http://www.facebook.com/socia
/sharer.php?u=https://ilhan-
%3A%2F/tweet?text=Ilhan+Om
%2Fsocialistrevolution.org%2Fi
omar-    %3A%2F    aipac-
and-    %2Fsocialistrevolution
aipac-    omar-    we-
why-    and-    need-
we-    aipac-    class-
need-    why-    politics
class-    we-    /print/)
politics%2Fi    need-
                class-
NEWS & ANALYSIS (HTTPS://SOCIALISTREVOLUTION.ORG/NEWS-ANALYSIS/)  ➔
                politics%2F&
US IMPERIALISM (HTTPS://SOCIALISTREVOLUTION.ORG/NEWS-ANALYSIS/US-IMPERIALISM/),    via=usimt)

US POLITICS (HTTPS://SOCIALISTREVOLUTION.ORG/NEWS-ANALYSIS/US-POLITICS/)

# Ilhan Omar and AIPAC: Why We Need Class Politics

ARMAN E. - JUNE 8, 2019

Minnesota congresswoman Ilhan Omar has recently been at the center of controversy in the mainstream media as part of their usual method of demonizing anyone who calls themselves a socialist and diverting attention from the real issues that affect the working class. Her statements on the influence of pro-Israel lobbyists on Congress have led to accusations of anti-Semitism, while her remarks on the suppression of civil liberties after 9/11 have led to death threats from the far-right fringe.

The attacks have come from Trump himself, who has stated that "Islam hates us" and has instituted a "Muslim ban" on travelers and refugees from a number of majority-Muslim countries. In this context, Ilhan has received

Ilhan Omar and AIPAC: Why We Need Class Politics | Socialist Revolution   https://socialistrevolution.org/ilhan-omar-and-aipac-why-we-need-class-p...

Ilhan Omar and AIPAC: Why We...

(https://socialistrevolution.org/)

rounded her for her mild criticism of Israel and her criticisms of AIPAC. To these cynical bourgeois politicians, any criticism of Israel, especially from a Muslim woman, is automatically considered "anti-Semitism." One day, they praise her for her identity, and the next day they use her identity as a stick to attack her.

By being outspoken on issues which are crucial to US imperialism (like Israel, Venezuela, state surveillance) she has attracted a lot of support and sympathy as well as the wrath of the representatives of the ruling class in the media. We wholeheartedly reject these disgusting, racist attacks and threats against Ilhan Omar, which also emanate from the Democratic Party leadership. This underlines the futility of the strategy followed by Omar and others in Congress who describe themselves as socialists, who think they can reform the Democratic Party or advance genuine socialist policies through it. Marxists do not support the Democratic Party in any way, shape or form. All experience shows that rather than "pulling the Democrats to the left," such people, however well intentioned they may be, get absorbed and neutralized by the party machinery. They end up serving as left cover for one of the main pillars of capitalist rule, and many honest activists become demoralized as a result, as we have explained before (https://socialistrevolution.org/ocasio-cortez-defeats-the-democratic-machine-which-way-forward-for-socialists).

The controversy provides us with an opportunity to state our positions on a number of issues, including the nature of the Israel/Palestine conflict and the oppression of Muslims within the United States.

Ilhan has stated that the support for Israel by members of Congress is "all about the Benjamins"—although she later retracted this. While the American Israel Public Affairs Committee (AIPAC) certainly spends plenty of money to gain influence, the idea that this money is at the root of US support for Israel is flawed. Her similar statements about AIPAC's efforts to "push for allegiance to a foreign country" are similarly confused. US imperialism was integral to the founding of the State of Israel in 1948 and continues to spend billions of dollars every year to prop up the Zionist regime. The US is set to spend $3.3

1/9/2021, 8:38 PM

Ilhan Omar and AIPAC: Why We...                    f    𝕏    🖨

(https://socialistrevolution.org/)

Middle East. At the same time, because Israel is one of the main allies of US
imperialism in the Middle East, it is sometimes able to exert pressure and
push for its own policies in Washington, in a classic case of the tail wagging
the dog.

Lobbyists like those at AIPAC play a role in making sure that Israel is looked
after by its big imperialist brother. AIPAC serves to facilitate the "friendly
relationship" between Israel and the US. Members of Congress certainly take
AIPAC money as a perk of the job, but these imperialist politicians would
almost certainly support Israel with or without those lobbying dollars. The
real outrage is that US workers are forced to pay taxes to prop up the
imperialist ruling class of Israel, which bases its position on the oppression
and dispossession of Palestinians.

AIPAC serves as a means of facilitating the "friendly relationship" between Israel and the US,
making sure that it is looked after by its big imperialist brother. / Image: Lorie Shaull via
Wikimedia (https://commons.wikimedia.org/wiki/File:Donald_Trump_speaking_at_AIPAC.jpg)

## How to end the oppression of the Palestinians

A genuine socialist member of Congress would also speak out against the US-
Israel relationship. But they would do so by explaining the real history of
Israel and Zionism. Zionism is a capitalist ideology which advocates a Jewish
nation-state in the name of "Jewish unity"—i.e., the idea that both Jewish
capitalists and Jewish workers have the same interests. In reality, the interests
of Jewish workers coincide with those of all workers, regardless of their
religion or ethnicity—just as the interests of the capitalists of all countries
coincide.

The founding of Israel was a colonialist project from the beginning. It was
regarded with suspicion by workers organizing in the growing European
socialist parties and labor unions in the early part of the 20th century. The
Bolsheviks, who had many Jewish Central Committee members, including
Trotsky, advocated that Jewish workers unite with other workers against the
capitalists at home, rather than moving thousands of miles away to build a

(https://socialistrevolution.org/)

the way to fight and defeat anti-Semitism was not to leave the continent but to struggle for socialist revolution across Europe and the world. The Bolsheviks began putting this idea into practice after they came to power, as the Jewish workers helped found the Soviet Union alongside non-Jewish workers, striving together to build a republic of labor.

Tragically, however, Stalinism meant the reversal of the positive steps taken by the early USSR. Then came the Holocaust, perpetrated by the Nazis, whose rise to power was facilitated by the criminal policies of the Social Democracy and Stalinists. This shattered the labor movement throughout Europe, and militant Jewish workers were targeted first and foremost. After the war, many Jews sought to flee the conditions of poverty and humiliation in Europe and found a new home in the newly founded state of Israel. However, these lands were already occupied. Land was stolen outright from the Palestinians by the Zionists and given to the newly arrived Jewish refugees, forcing Palestinians out of their homes and into refugee camps at gunpoint.

By using the divide and conquer tactic, Jewish immigrants were given a stake in the economy, while Palestinians were driven out, demonized, marginalized, and brutally oppressed. Labor unions were segmented between Jewish and Arab workers, cutting across their organic class unity. This tragic legacy of dispossession and violence is the historical root of the national oppression of Palestinians today. The conditions of poverty and military occupation by Israeli troops have triggered several mass uprisings, or intifadas, over the years.

Land was stolen outright from the Palestinians by the Zionists, forcing Palestinians out of their homes and into refugee camps at gunpoint. / Image: Israel Defence Forces via Flickr (https://www.flickr.com/photos/idfonline/14850027272)

While the amount of sheer suffering by Palestinian workers is overwhelming, their natural allies are the exploited Jewish working class. It is in the interest of every worker, regardless of religion, national identity, or ethnicity, to struggle against the exploiters for better wages, conditions, and, ultimately, control over the means of production. As Marxists, we fight for a socialist

Ilhan Omar and AIPAC: Why We...

(https://socialistrevolution.org/)

Federation of Israel and Palestine, as part of a Socialist Federation of the Middle East.

A democratically planned economy would allow for a high standard of living for everyone in the region. On this basis, the religious, ethnic, and national tensions built up over decades will lose their force and begin to subside. In this way, we can guarantee the right of return for refugees, as well as an end to the violence and barbarism plaguing the region. Socialism is international, or it is nothing!

## How to end oppression in the US

Ilhan also takes aim at many of the broken and discredited institutions in the US. Advocating for a program similar to Bernie Sanders's, she calls for Medicare for All, free college tuition and the cancellation of student debt, a $15-per-hour minimum wage, a federal jobs program, and affordable housing. Marxists support any reforms that improve the lives of the majority, as limited as they may be. But we also point out that all of this can never be fully implemented within the confines of a capitalist system in senile decay. The capitalist crisis impels its politicians to impose austerity—or else face the music of capital flight and smear campaigns in the press. This is why a truly dignified life for all can only be won as part of the working class's struggle for socialism.

The program Ilhan proposes may seem "radical" compared to the national DNC establishment, but it is, in fact, par for the course for Minneapolis politics. Nearly every Democrat in this city for the past 70 years has run on a similarly "progressive" program, with minor differences depending on the decade. But even these modest aims have not been achieved, despite the Democrats' decades-long dominance of city government, and often the state as well.

In comparing the policies advocated by "middle-of-the-road" Democrat Jacob Frey, Minneapolis's mayor, with those of Ilhan, there is very little difference in

Case 5:21-cv-00277-VKD   Document 1-2   Filed 01/12/21   Page 48 of 61

Ilhan Omar and AIPAC: Why We Need Class Politics | Socialist Revolution   https://socialistrevolution.org/ilhan-omar-and-aipac-why-we-need-class-p...

Ilhan Omar and AIPAC: Why We...

(https://socialistrevolution.org/)

minimum wage. However, white politicians like Frey say many fine things, affordable housing is actually on the decline in Minneapolis.

The Democratic-Farmer-Labor Party is the establishment party in Minneapolis and St. Paul. Though its name references a time when a viable statewide alternative to the two main parties was created by a movement of workers and farmers in the 1930s, it was subsumed into the Democratic Party in 1944. It went from a party that openly called for state ownership of key industries and price controls for agricultural produce, to a party led by the McCarthyite Hubert Humphrey, who would go on to support legislation that would have allowed the internment of Communist Party members in camps.

Ilhan's program may seem "radical" compared to the national DNC establishment, but it is, in fact, par for the course for Minneapolis politics. / Image: Lorie Shaull via Wikimedia (https://commons.wikimedia.org /wiki/File:Ilhan_Omar,_MN_House_DFL_Press_Conference_(34128139392).jpg)

Many well-meaning workers believe that electing more women from diverse backgrounds will solve the immense racial gap in this state, and they support Ilhan because of her identity. While race and gender are factors when determining who does and doesn't make it into Congress, voting for a candidate simply because of their identity and not because of their program is a mistake. Given that Ilhan remains within the stranglehold of the anti-worker Democratic Party, we cannot and do not offer her our political support. If she broke from the Democrats, however, and called on organized labor to do so as well, this could expedite the formation of a mass socialist party. Given her position in the public eye, she has the potential to help break the logjam of the current one-party setup in this state.

Ilhan recently gave a speech at a rally of Amazon workers in Shakopee, encouraging their efforts to organize for decent working conditions. This garnered her support from a layer of the labor movement, especially the Amazon workers in that struggle. Her support for workers' struggles is commendable, but it is in contradiction with the fact that she is part of the Democratic Party, a party which represents the interests of the capitalists.

(https://socialistrevolution.org/)

workers would encourage their strike while offering a bold vision of politically fighting the bosses by building a labor party to represent the workers. This would serve to unite the working class collectively with a political vehicle driven by themselves, allowing them to go beyond the bounds set by capitalism and the Democratic establishment. As it stands, Ilhan is serving to further entrench the labor movement within a party whose interests are diametrically opposed to those of the workers.

The struggle at Amazon underlines the oppression of Somali workers in Minneapolis, which has one of the largest racial wealth gaps in the country, and is the largest population of Somali people outside of Somalia. The capitalists treat Somali workers as cheap labor wherever they can, and only give in to workers' demands after militant struggles. Somali workers disproportionality live in low-income neighborhoods and public housing, and they are regularly spied on by the FBI's Countering Violent Extremism program. The capitalist politicians claim that there is only so much that can be spent to aid refugees here at home, while they spend billions of dollars in their never-ending wars in the Middle East and Africa. After 9/11, the bourgeois media went into overdrive in their quest to scapegoat Muslims generally for America's problems. This has resulted in an enormous amount of NSA spying, hate crimes, and attacks on the rights of Muslim workers.

We must oppose racial and religious oppression and hypocrisy with a program of class struggle. With a class-independent, militant workers' party, we could mobilize millions to advance a series of transitional demands that link today's struggles to the enormous potential that would be unleashed under socialism. The workers' struggle and the struggle against oppression is the struggle against capitalism!

TAGS ▶   ANTI-SEMITISM (HTTPS://SOCIALISTREVOLUTION.ORG/TAG/ANTI-SEMITISM/)

DEMOCRATIC PARTY (HTTPS://SOCIALISTREVOLUTION.ORG/TAG/DEMOCRATIC-PARTY/)

ISRAEL AND PALESTINE (HTTPS://SOCIALISTREVOLUTION.ORG/TAG/ISRAEL-AND-PALESTINE/)

SOCIALIST STRATEGY (HTTPS://SOCIALISTREVOLUTION.ORG/TAG/SOCIALIST-STRATEGY/)

**Ilhan Omar and AIPAC: Why We...**

(https://socialistrevolution.org/)

Share This

(http://www.facebook.com/sharer.php?u=https%3A%2F%2Fsocialistrevolution.org%2Filhan-omar-and-aipac-why-we-need-class-politics%2F)

(https://twitter.com/intent/tweet?text=Ilhan+Omar+and+AIPAC%3A+Why+We+Need+Class+Politics&url=https%3A%2F%2Fsocialistrevolution.org%2Filhan-omar-and-aipac-why-we-need-class-politics%2F&via=usimt)

(https://socialistrevolution.org/ilhan-omar-and-aipac-why-we-need-class-politics/print/)

(http://www.facebook.com/sharer.php?u=https%3A%2F%2Fsocialistrevolution.org%2Filhan-why-we-need-class-politics%2F)

(https://twitter.com/intent/tweet?text=Ilhan+Omar+and+AIPAC%3A+Why+We+Need+Class+Politics&url=https%3A%2F%2Fsocialistrevolution.org%2Filhan-omar-and-aipac-why-we-need-class-politics%2F&via=usimt)

(https://socialistrevolution.org/ilhan-omar-aipac-why-we-need-class-politics%2F&via=usimt)

**Want to get involved? Drop us a line to join the fight for socialism in our lifetime:**



**Ilhan Omar and AIPAC: Why We...**

(https://socialistrevolution.org/)

Email*

Phone Number

City*

State*

AL

How did you hear about us?

Please Select

Why do you want to get involved?

protected by reCAPTCHA
Privacy - Terms

Related News

Submit

Create your own free form with HubSpot

(http://www.facebook.com/socia
/sharer.php?u=https//ilhan-
%3A%2F/tweet?text=Ilhan+Om
%2Fsocialistrevolution.org%2Fi
omar-    %3A%2F  aipac-
and-    %2Fsocialistrevolutior
aipac-   omar-    we-
why-    and-    need-
we-    aipac-   class-
need-    why-    politics
class-    we-    /print/)
politics%2F& need-
            class-
            politics%2F&
            via=usimt)



Ilhan Omar and AIPAC: Why We...

(https://socialistrevolution.org/)

(http://www.facebook.com/socia
/sharer.php?u=https://ilhan-
%3A%2F /tweet?text=ilhan+Om
%2Fsocialistrevolution.o

**ENVIRONMENT & TECH (HTTPS://SOCIALISTREVOLUTION.ORG /NEWS-ANALYSIS/ENVIRONMENT-TECH/)**

**EUROPE (HTTPS://SOCIALISTREVOLUTION.ORG /NEWS-ANALYSIS/INTERNATIONAL /EUROPE/)**

**US POLITICS (HTTPS://SOCIALISTREVOLUTION.ORG /NEWS-ANALYSIS/US-POLITICS/)**

**US POLITICS (HTTPS://SOCIALISTREVOLUTION.O /NEWS-ANALYSIS/US-POLITICS/)**

Joe Biden: The Fossil Fuel President (https://socialistrevolution. org/joe-biden-the-fossil-fuel-president/)

Britain: Corbyn Readmitted but Denied the Whip—What Next? (https://socialistrevolution. org/britain-corbyn-readmitted-but-denied-the-whip-what-next/)

Biden's Win Is No Victory for the Working Class: We Need a Workers' Party! (https://socialistrevolution. org/bidens-win-is-no-victory-for-the-working-class-we-need-a-workers-party/)

Break with the Democrats! A Resolution Presented to Phoenix DSA (https://socialistrevolution. org/break-with-the-democrats-a-resolution-presented-to-phoenix-dsa/)

why-    and-    need-
we-    aipac-    class-
need-    why-    politics
class-    we-    /print/)
politics%2Fbreak-
class-
politics%2F&
via=usimt)

**ISSUE 24 IS OUT NOW!**



(https://socialistrevolution.org)

*Socialist Revolution* is the official publication of the US Section of the International Marxist Tendency (https://marxist.com). Contact us at info@socialistrevolution.org or 646-791-6279

**STAY CONNECTED**

Join our mailing list to receive regular updates

YOUR E-MAIL

SUBSCRIBE NOW

(https://socialistrevolution.org/subscribe/)

CONTACT US (HTTPS://SOCIALISTREVOLUTION.ORG/CONTACT-US/)    OUR PROGRAM (HTTPS://SOCIALISTREVOLUTION.ORG/OUR-PROGRAM/)

JOIN (HTTPS://SOCIALISTREVOLUTION.ORG/JOIN/)    DONATE (HTTPS://SOCIALISTREVOLUTION.ORG/DONATE/)

SUBSCRIBE (HTTPS://SOCIALISTREVOLUTION.ORG/SUBSCRIBE/)    OUR BOOKSTORE (HTTPS://MARXISTBOOKS.COM)

OUR PODCAST (HTTPS://WAVVE.LINK/SOCIALISTREVOLUTION)    MARXIST.COM (HTTPS://MARXIST.COM)

MEMBERSHIP DUES (HTTPS://SOCIALISTREVOLUTION.ORG/MEMBERSHIP-DUES/)

MANAGE YOUR ACCOUNT (HTTPS://SOCIALISTREVOLUTION.ORG/MANAGE-SUBSCRIPTION/)

Ilhan Omar and AIPAC: Why We Need Class Politics | Socialist Revolution   https://socialistrevolution.org/ilhan-omar-and-aipac-why-we-need-class-p...

**Ilhan Omar and AIPAC: Why We...**

(https://socialistrevolution.org/)

**f** (https://facebook.com/socialistrevolutionIMT)

🐦 (https://twitter.com/usimt)

📷 (https://instagram.com/socialistrevolution)

▶ (https://youtube.com/socialistrevolution)

🎧 (https://open.spotify.com/show/5Ksdo647Uz0ZfxwFwJ2GPL)

☁ (https://soundcloud.com/socialistrevolution)

(http://twitter.com/socia
/sharer.php?&htttps//ilhan-
%3A%2F /tweet?text=Ilhan+Om
%2Fsocialit-revoluatiand.org%2Fi
omar- %3A%2F aipac-
and- %2Fsocialist-revolutior
aipac- omar- we-
why- and- need-
we- aipac- class-
need- why- politics
class- we- /print/)
politics%2Fneed-
class-
politics%2F&
via=usimt)

 **Help Center**

# Hateful conduct policy

**Hateful conduct: (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/twitter-rules#hateful-conduct)** (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/twitter-rules#hateful-conduct) You may not promote violence against or directly attack or threaten other people on the basis of race, ethnicity, national origin, caste, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease. We also do not allow accounts whose primary purpose is inciting harm towards others on the basis of these categories.

**Hateful imagery and display names:** You may not use hateful images or symbols in your profile image or profile header. You also may not use your username, display name, or profile bio to engage in abusive behavior, such as targeted harassment or expressing hate towards a person, group, or protected category.

## Rationale

Twitter's mission is to give everyone the power to create and share ideas and information, and to express their opinions and beliefs without barriers. Free expression is a human right – we believe that everyone has a voice, and the right to use it. Our role is to serve the public conversation, which requires representation of a diverse range of perspectives.

We recognise that if people experience abuse on Twitter, it can jeopardize their ability to express themselves. Research has shown that some groups of people are disproportionately targeted with abuse online. This includes; women, people of color, lesbian, gay, bisexual, transgender, queer, intersex, asexual individuals, marginalized and historically underrepresented communities. For those who identity with multiple underrepresented groups, abuse may be more common, more severe in nature and have a higher impact on those targeted.

We are committed to combating abuse motivated by hatred, prejudice or intolerance, particularly abuse that seeks to silence the voices of those who have been historically marginalized. For this reason, we prohibit behavior that targets individuals with abuse based on protected category.

If you see something on Twitter that you believe violates our hateful conduct policy, please report it to us (https://help.twitter.comhttps://help.twitter.com/forms/abusiveuser).

# When this applies

We will review and take action against reports of accounts targeting an individual or group of people with any of the following behavior, whether within Tweets or Direct Messages.

**Violent threats**
We prohibit content that makes violent threats against an identifiable target. Violent threats are declarative statements of intent to inflict injuries that would result in serious and lasting bodily harm, where an individual could die or be significantly injured, e.g., "I will kill you".

**Note:** we have a zero tolerance policy against violent threats. Those deemed to be sharing violent threats will face immediate and permanent suspension of their account.

**Wishing, hoping or calling for serious harm on a person or group of people**
We prohibit content that wishes, hopes, promotes, or expresses a desire for death, serious and lasting bodily harm, or serious disease against an entire protected category and/or individuals who may be members of that category. This includes, but is not limited to:

- Hoping that someone dies as a result of a serious disease, e.g., "I hope you get cancer and die."

- Wishing for someone to fall victim to a serious accident, e.g., "I wish that you would get run over by a car next time you run your mouth."

- Saying that a group of individuals deserve serious physical injury, e.g., "If this group of protesters don't shut up, they deserve to be shot."

**References to mass murder, violent events, or specific means of violence where protected groups have been the primary targets or victims**
We prohibit targeting individuals with content that references forms of violence or violent events where a protected category was the primary target or victims, where the intent is to harass. This includes, but is not limited to sending someone:

- media that depicts victims of the Holocaust;

- media that depicts lynchings.

Inciting... Sign in (https://help.twitter.comhttps://twitter.com
We pro... login?redirect after login=https://help.twitter.com
spread fea... /en/rules-and-policies/hateful-conduct-policy) ...embers

of a protected category are more likely to take part in dangerous or illegal activities, e.g., "all [religious group] are terrorists".

**Repeated and/or non-consensual slurs, epithets, racist and sexist tropes, or other content that degrades someone**

We prohibit targeting individuals with repeated slurs, tropes or other content that intends to dehumanize, degrade or reinforce negative or harmful stereotypes about a protected category. This includes targeted misgendering or deadnaming of transgender individuals.

We also prohibit the dehumanization of a group of people based on their religion, caste, age, disability, serious disease, national origin, race, or ethnicity.

**Hateful imagery**

We consider hateful imagery to be logos, symbols, or images whose purpose is to promote hostility and malice against others based on their race, religion, disability, sexual orientation, gender identity or ethnicity/national origin. Some examples of hateful imagery include, but are not limited to:

- symbols historically associated with hate groups, e.g., the Nazi swastika;

- images depicting others as less than human, or altered to include hateful symbols, e.g., altering images of individuals to include animalistic features; or

- images altered to include hateful symbols or references to a mass murder that targeted a protected category, e.g., manipulating images of individuals to include yellow Star of David badges, in reference to the Holocaust.

Media depicting hateful imagery is not permitted within live video, account bio, profile or header images. All other instances must be marked as sensitive media. Additionally, sending an individual unsolicited hateful imagery is a violation of our abusive behavior policy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/abusive-behavior).

# Do I need to be the target of this content for it to be a violation of the Twitter Rules?

Some Tweets may appear to be hateful when viewed in isolation, but may not be when viewed in the context of a larger conversation. For example, members of a protected categor Sign in (https://help.twitter.comhttps://twitter.com When used c login?redirect after login=https://help.twitter.com terms that /en/rules-and-policies/hateful-conduct-policy)

When we review this type of content, it may not be clear whether the intention is to abuse an individual on the basis of their protected status, or if it is part of a consensual conversation. To help our teams understand the context, we sometimes need to hear directly from the person being targeted to ensure that we have the information needed prior to taking any enforcement action.

**Note:** individuals do not need to be a member of a specific protected category for us to take action. We will never ask people to prove or disprove membership in any protected category and we will not investigate this information.

## Consequences

Under this policy, we take action against behavior that targets individuals or an entire protected category with hateful conduct, as described above. Targeting can happen in a number of ways, for example, mentions, including a photo of an individual, referring to someone by their full name, etc.

When determining the penalty for violating this policy, we consider a number of factors including, but not limited to the severity of the violation and an individual's previous record of rule violations. For example, we may ask someone to remove the violating content and serve a period of time in read-only mode before they can Tweet again. Subsequent violations will lead to longer read-only periods and may eventually result in permanent account suspension. If an account is engaging primarily in abusive behavior, or is deemed to have shared a violent threat, we will permanently suspend the account upon initial review.

Learn more about our range of enforcement options (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/enforcement-options).

If someone believes their account was suspended in error, they can submit an appeal (https://help.twitter.comhttps://help.twitter.com/forms/general?subtopic=suspended).

## Was this article helpful?*



Sign in (https://help.twitter.comhttps://twitter.com/login?redirect_after_login=https://help.twitter.com/en/rules-and-policies/hateful-conduct-policy)

Submit

Feedback

**Sign in (https://help.twitter.comhttps://twitter.com /login?redirect_after_login=https://help.twitter.com /en/rules-and-policies/hateful-conduct-policy)**

1/9/2021, 9:09 PM

 **Help Center**

# Abusive behavior

Twitter Rules (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/twitter-rules#hateful-conduct): You may not engage in the targeted harassment of someone, or incite other people to do so. We consider abusive behavior an attempt to harass, intimidate, or silence someone else's voice.

## Rationale

On Twitter, you should feel safe expressing your unique point of view. We believe in freedom of expression and open dialogue, but that means little as an underlying philosophy if voices are silenced because people are afraid to speak up.

In order to facilitate healthy dialogue on the platform, and empower individuals to express diverse opinions and beliefs, we prohibit behavior that harasses or intimidates, or is otherwise intended to shame or degrade others. In addition to posing risks to people's safety, abusive behavior may also lead to physical and emotional hardship for those affected.

Learn more about our approach to policy development and our enforcement philosophy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/enforcement-philosophy).

## When this applies

Some Tweets may seem to be abusive when viewed in isolation, but may not be when viewed in the context of a larger conversation. When we review this type of content, it may not be clear whether it is intended to harass an individual, or if it is part of a consensual conversation. To help our teams understand the context of a conversation, we may need to hear directly from the person being targeted, to ensure that we have the information needed prior to taking any enforcement action.

We will review and take action against reports of accounts targeting an individual or group of people with any of the following behavior within Tweets or Direct Messages. For accounts engaging in abusive behavior on their profile, please refer to our abusive profile policy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/abusive-profile). For behavior targeting people based on their race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious

disease, this may be in violation of our hateful conduct policy (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/hateful-conduct-policy).

**Wishing or hoping serious harm on a person or group of people**

We do not tolerate content that wishes, hopes or expresses a desire for death, serious bodily harm or fatal disease against an individual or group of people. This includes, but is not limited to:

- Hoping that someone dies as a result of a serious disease e.g., "I hope you get cancer and die."

- Wishing for someone to fall victim to a serious accident e.g., "I wish that you would get run over by a car next time you run your mouth."

- Saying that a group of individuals deserves serious physical injury e.g., "If this group of protesters don't shut up, they deserve to be shot."

**Unwanted sexual advances**

While some consensual nudity and adult content is permitted (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/media-policy) on Twitter, we prohibit unwanted sexual advances and content that sexually objectifies an individual without their consent. This includes, but is not limited to:

- sending someone unsolicited and/or unwanted adult media, including images, videos, and GIFs;

- unwanted sexual discussion of someone's body;

- solicitation of sexual acts; and

- any other content that otherwise sexualizes an individual without their consent.

**Using aggressive insults with the purpose of harassing or intimidating others**

We take action against excessively aggressive insults that target an individual, including content that contains slurs or similar language. Please also note that while some individuals may find certain terms to be offensive, we will not action against every instance where insulting terms are used.

Sign in (https://help.twitter.comhttps://twitter.com/login?redirect_after_login=https://help.twitter.com/rules-and-policies/abusive-behavior)

Encouraging or calling for others to harass an individual or group of people

Feedback

We prohibit behavior that encourages others to harass or target specific individuals or groups with abusive behavior. This includes, but is not limited to; calls to target people with abuse or harassment online and behavior that urges offline action such as physical harassment.

**Do I need to be the target of this content for it to be reviewed for violating the Twitter Rules?**

No, we review both first-person and bystander reports of such content.

**Consequences**

When determining the penalty for violating this policy, we consider a number of factors including, but not limited to, the severity of the violation and an individual's previous record of rule violations.

For example, we may ask someone to remove the violating content and serve a period of time in read-only mode before they can Tweet again. Subsequent violations will lead to longer read-only periods and may eventually result in permanent suspension. If an account is engaging primarily in abusive behavior, we may permanently suspend the account upon initial review.

Learn more about our range of enforcement options (https://help.twitter.comhttps://help.twitter.com/rules-and-policies/enforcement-options).

Feedback

# Was this article helpful?*

  



## Sign in (https://help.twitter.comhttps://twitter.com /login?redirect_after_login=https://help.twitter.com /en/rules-and-policies/abusive-behavior)

1/9/2021, 9:10 PM