RECEIVED
JAN 12 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Clear Form

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Erik Estavillo )
)
)
Plaintiff, )  CASE NO.: C 21 00277
)
vs. )  **APPLICATION TO PROCEED**
Twitter Inc., U.S. Rep. Alexandria Ocasio- )  **IN FORMA PAUPERIS**
Cortez and U.S. Rep. Ilhan Omar )  (Non-prisoner cases only)
)
Defendant. )

I, _____Erik Estavillo_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment?    Yes ___ No ✔

    b. Income from stocks, bonds, or royalties?    Yes ___ No ✔

    c. Rent payments?    Yes ___ No ✔

    d. Pensions, annuities, or life insurance payments?    Yes ___ No ✔

    e. Federal or State welfare payments, Social Security or other government source?    Yes ✔ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

SSI = 208.72 mo.   SSA = 755.00 mo.   IHSS = 887.39 mo.

_____

3. Are you married?    Yes ___ No ✔

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a. List amount you contribute to your spouse's support:$ _____

     b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

No dependents.

_____

5. Do you own or are you buying a home?     Yes ___ No ✔

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?                 Yes ✔ No ___

Make Honda _____ Year 2010 _____ Model Civic _____

Is it financed? Yes ___ No ✔ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ✔ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: Bank of America
3491 McKee Rd, San Jose, CA 95127

Present balance(s): $ 1500

Do you own any cash? Yes ___ No ✔ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)     Yes ___ No ✔

_____

8. What are your monthly expenses?

Rent: $ 500 _____ Utilities: 150 _____

Food: $ 125 _____ Clothing: 75 _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Filed Bankruptcy this past year. No debts or credit cards.

- 3 -

1
2  10.  Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No ✔
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____
7  _____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

1/12/2021                               *Gail Gtatto* (signature)

DATE                                    SIGNATURE OF APPLICANT

- 4 -