Name: Erik Estavillo

Address: 3284 Cortese Circle
San Jose, CA. 95127

Phone Number: (408) 593-1226

E-mail Address: webbbnet@aol.com

*Pro Se*

RECEIVED

JAN 12 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ERIK ESTAVILLO

           Plaintiff,

vs.

TWITTER INC., U.S. REP.
ALEXANDRIA OCASIO-CORTEZ, and
U.S. REP. ILHAN OMAR

           Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case Number: _____

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

VKD

Judge C 21 00277

As the (*Plaintiff/Defendant*) Erik Estavillo _____ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ A computer with internet access;
   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   ☑ A scanner to convert documents that are only in paper format into electronic files;
   ☑ A printer or copier to create required paper copies such as chambers copies;
   ☑ A word-processing program to create documents; and
   ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 1/12/2021      Signature: *Erik Estavillo*