Name: Erik Estavillo
Address: 3284 Cortese Circle
San Jose, CA. 95127
Phone Number: (408) 593-1226
E-mail Address: webbbnet@aol.com
Pro Se

RECEIVED
JAN 12 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TWITTER INC., U.S. REP. ALEXANDRIA OCASIO-CORTEZ, and U.S. REP. ILHAN OMAR<br><br>　　　　Defendant. | Case Number: C 21 00277<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____    _____
　　　　　　　　　　　　　　　　　United States District/Magistrate Judge