UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>          Plaintiff,<br><br>    v.<br><br>TWITTER, INC., et al.,<br><br>          Defendants. | Case No. 21-cv-00277-VKD<br><br>**ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>Re: Dkt. No. 3 |

On January 12, 2021, pro se plaintiff Erik Estavillo moved for permission for electronic case filing. Dkt. No. 3. Pursuant to General Order 72-6[1], Civil Local Rule 5-1(b)'s requirement that a pro se party must request permission from the assigned judge to use the court's Electronic Case Filing (ECF) system has been suspended pending further notice. Accordingly, the Court grants Mr. Estavillo's request for e-filing privileges.

**IT IS SO ORDERED.**

Dated: January 19, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] Available on the Court's website at https://www.cand.uscourts.gov/wp-content/uploads/general-orders/GO_72-6_In_Re_COVID_Public_Health_Emergency_9-16-2020.pdf.