| | |
|---|---|
| 1 | Your name: Erik Estavillo |
| 2 | Address: 3284 Cortese Circle |
| 3 | San Jose, CA. 95127 |
| 4 | Phone Number: (408) 593-1226 |
| 5 | E-mail Address: webbbnet@aol.com |
| 6 | Pro se Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]* : ☐ San Francisco ☐ Oakland ☑ San Jose ☐ Eureka

| | |
|---|---|
| ERIK ESTAVILLO | Case Number: 5:21-cv-00277-VKD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF** |
| vs. | *[check one]* |
| TWITTER INC., U.S. REP. ALEXADRIA OCASIO-CORTEZ, U.S. REP. ILHAN OMAR | ☑ **THIS ENTIRE CASE** |
| | ☐ **ONLY DEFENDANT** *[name]* |
| Defendant. | Hon. Virginia K. DeMarchi |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☑ this entire case.

☐ only Defendant *[name]* _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 1/21/2021    Sign Name: *Erik Estavillo* (signature)

Print Name: Erik Estavillo

NOTICE OF VOLUNTARY DISMISSAL
Case No. 5:21-cv-00277-VKD                                            *[JDC TEMPLATE]*